UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 7:25-cv-00846-TTC/CKM |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 6(i), Plaintiff John Doe respectfully requests for the withdrawal of appearance of Benjamin North as counsel.

Good cause exists for this withdrawal as undersigned counsel is leaving Binnall Law Group to take a position in the federal government. Plaintiff will continue to be represented by Lindsay McKasson and Parker Bowman of Binnall Law Group.

WHEREFORE, the Plaintiff Doe asks this Court to grant Mr. North's withdrawal as counsel in this matter.

Dated: December 31, 2025

Respectfully submitted,

*/s/ Benjamin F. North*
Benjamin F. North (VSB No. 97439)
ben@binnall.com

Parker Bowman (VSB No. 100389)

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
lindsay@binnall.com
katie@binnall.com

*Counsel for Plaintiff John Doe*

2

## CERTIFICATE OF SERVICE

I certify that on December 31, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Benjamin F. North*
Benjamin F. North (VSB No. 97439)

*Counsel for Plaintiff*

3