UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE, <br><br>     Plaintiff, <br><br> v. <br><br> VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al., <br><br>     Defendants. | Case No. 7:25-cv-00846-TTC/CKM |

## [PROPOSED] ORDER ON MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR PLAINTIFF

Upon consideration of Plaintiff Does' motion to withdraw the appearance of Benjamin North, and because Plaintiff Doe will continue to be represented by Lindsay McKasson and Parker Bowman with Binnall Law Group, the Court finds good cause to grant Mr. North's withdrawal from this matter; it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED.** The clerk is directed to remove Benjamin North as counsel of record for the Plaintiff.

**It is so ORDERED.**

Dated: _____                    _____
                                                                                Hon. C. Kailani Memmer
                                                                                United States Magistrate Judge