IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

February 20, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Erica Jones
DEPUTY CLERK

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:25-cv-00846-TTC |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al., | ) |
| Defendants. | ) |

## ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER

The parties, by counsel, jointly request to amend this Court's Scheduling Order (Doc. 31), by extending the parties' deadlines for initial expert disclosures by thirty (30) days. On consideration of that motion, as both parties agree to the amended deadline, and for good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that the Scheduling Order is amended to provide an additional thirty (30) days for the parties' initial expert disclosures.

Entered this 20th of February, 2026.

_____
Honorable C. Kailani Memmer
United States Magistrate Judge