# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**John Doe**

**vs.**

**Virginia Polytechnic Institute And State University, et al**

**Action No:**  7:25CV846

**Date:**  4/29/2026

**Judge:**  Thomas T. Cullen

**Court Reporter:**  W. Stier via Zoom

**Deputy Clerk:**  C. Kemp

**Plaintiff Attorneys**

James Fraser
Parker Bowman

**Defendants Attorney**

Nathan Schnetzler

**PROCEEDINGS:**
Parties present for motions hearing on Plaintiff's Motion for Preliminary Injunction, ECF 3, and Defendants Motions to Dismiss, ECF's 40,42,44,46,48,50 & 52.
Court addresses the parties
Arguments as to Defendant's Motions to Dismiss.
Recess.
Arguments as to Plaintiff's Motion for Preliminary Injunction.
Court takes motions under advisement.
Written opinion and order forthcoming.
Court inquires as to willingness for mediation at this point.
Parties indicate they are willing to participate in early mediation.
Written order forthcoming.
Adjourned.

Time in Court: 1:00p-2:14p,2:27p-2:37p    Total time 1h 24 mins