CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED

4/30/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25-cv-00846 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA POLYTECHNIC | ) | By:   Hon. Thomas T. Cullen |
| INSTITUTE AND STATE | ) |         United States District Judge |
| UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby **ORDERED** that this case is **REFERRED** to the Honorable C. Kailani Memmer, United States Magistrate Judge, to conduct mediation proceedings. The parties are directed to contact Judge Memmer's chambers by close of business on Monday, May 4, 2026, to schedule mediation. Judge Memmer shall schedule a mediation after consultation with the parties. The parties are advised that any information exchanged during the mediation is confidential and shall not be shared with any other officer of the court. Mediation shall proceed independently of all other pretrial developments and shall not modify or stay any scheduling provisions of any pretrial order.

The Clerk is directed to forward a copy of this Order to the parties and to Judge Memmer.

**ENTERED** this 30th day of April, 2026.


*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE