AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER FORM**

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME Marvin McClanahan | TELEPHONE NUMBER (540) 231-6293 |
| --- | --- | --- |
| DATE OF REQUEST 4/30/26 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) hud3@vt.edu | |
| MAILING ADDRESS 336 Burruss Hall (0121) | | CITY, STATE, ZIP CODE Blacksburg, VA 24061 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER Whitney Stier |
| --- | --- |
| | OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER 7:25cv846 | CASE NAME John Doe v. Virginia Tech, et al. | JUDGE'S NAME Cullen |
| --- | --- | --- |
| DATE(S) OF PROCEEDING(S) 4/29/26 | TYPE OF PROCEEDING(S) (1) Motion to Dismiss (2) Preliminary Injunction | LOCATION OF PROCEEDING Roanoke – Western District |

REQUEST IS FOR: (*Select one*)   [X] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

| 3. **SERVICE TURNAROUND CATEGORY REQUESTED:** |
| --- |
| (*See Page 2 for descriptions of each service turnaround category.*) |

| | |
| --- | --- |
| [ ] Ordinary (30-Day) | [ ] Daily |
| [ ] 14-Day | [ ] Hourly |
| [ ] Expedited (7-Day) | [ ] RealTime |
| [X] 3-Day | |

| 4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional). |
| --- |

| DATE 4/30/26 | SIGNATURE |
| --- | --- |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.