CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED

5/21/2026
LAURA A. AUSTIN, CLERK
BY: *s/C. Kemp*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25-cv-00846 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA POLYTECHNIC | ) | By:    Hon. Thomas T. Cullen |
| INSTITUTE AND STATE | ) |          United States District Judge |
| UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court on Plaintiff John Doe's ("Johnny") motion for a preliminary injunction and motions to dismiss filed by each of the defendants: Virginia Polytechnic Institute and State University ("VT" or "the university"), VT's Board of Visitors, and numerous VT officials (altogether, "Defendants"). For the reasons explained in the court's Memorandum Opinion, Johnny's motion for a preliminary injunction is **DENIED** and Defendants' motions to dismiss are **GRANTED IN PART** and **DENIED IN PART**. Specifically, the court will grant the motions with respect to Counts 1–14 and 17–30 as to the university official defendants' individual capacities; Counts 1–3, 6–9, 11–12, 17–18, 23–24, and 28 as to the university official defendants' official capacities; and Count 33. The court will deny VT's motion to dismiss Counts 16 and 31 and Defendant Frances Keene's motion to dismiss Count 27 in her official capacity. The court will grant Johnny the opportunity to amend his complaint only as to the surviving claims, if he so chooses. Any amended complaint must be filed on or before June 24, 2026.

The Clerk is directed to forward a copy of this Order and the accompanying

Memorandum Opinion to the parties and to terminate The Board of Visitors and Sands as parties to this action.

  **ENTERED** this 21st day of May, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE
