IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br><br>VIRGINIA POLYTECHNIC INSTITUTE<br>AND STATE UNIVERSITY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 7:25-cv-00846-TTC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint, any opposition thereto, any oral arguments before this Court, and because the Court finds good cause, it is hereby

ORDERED that Plaintiff's motion is GRANTED.

The Court requests the Clerk to enter the motion's Exhibit A, the Amended Complaint, on the docket for this matter.

**SO ORDERED.**


Dated: _____         _____
                                    Hon. Thomas T. Cullen
                                    United States District Judge