# EXHIBIT 1

# EXHIBIT INDEX FOR FIRST AMENDED COMPLAINT

| No. | Bates | Document Description | Date |
|---|---|---|---|
| 1 | N/A | Exhibit Index | 09/22/23 |

## Administrative Record for Jane Roe Matter

| No. | Bates | Document Description | Date |
|---|---|---|---|
| 2 | VT-000030 – VT-000034 | Title IX Community Report Form | 09/22/23 |
| 3 | VT-000540 – VT-000543 | VTPD Interview of Cadet DM | 11/17/23 |
| 4 | VT-000037 – VT-000038 | Notification of Title IX Investigation | 11/29/23 |
| 5 | JD-000004; JD-000066 | Emails from Deziree Twigger to John Doe | 12/19/23 & 01/22/24 |
| 6 | JD-000005 | Email from Deziree Twigger to John Doe | 04/05/24 |
| 7 | JD-000006 – VT-000007 | Emails between John Doe and Deziree Twigger | 04/11/24 & 04/15/24 |
| 8 | JD-000008 – JD-000058 | John Doe's 34 C.F.R. § 106.45(b)(5)(vi) Response to Evidence Collected in Investigation | 04/16/24 |
| 9 | UNDER SEAL VT-000825 – VT-001000 | Title IX Investigation Report | 05/17/24 |
| 10 | VT-000368 – VT-000370 | Email communications between John Doe and Kristen Barnett | 05/20/24 |
| 11 | JD-000059 – JD-000060 | Email communications between John Doe and Rohsaan Settle | 05/27/24 & 05/30/24 |

# EXHIBIT INDEX FOR FIRST AMENDED COMPLAINT

| No. | Bates | Document Description | Date |
|---|---|---|---|
| 12 | VT-000344 – VT-000350 | Letter from John Doe to Rohsaan Settle and Kristina Hartman | 06/17/24 |
| 13 | VT-000330 – VT-000343 | John Doe's 34 C.F.R. § 106.45(b)(5)(vii) Response to Title IX Investigation Report | 06/17/24 |
| 14 | VT-000354 – VT-000358 | Expert Report of Nurse Amber O'Malley | 06/20/24 |
| 15 | VT-000412 – VT-000416 | Email communications between Kristina Hartman and John Doe | 06/20/24 - 06/21/24 |
| 16 | UNDER SEAL<br><br>VT-000421 – VT-000485 | Transcript of First Title IX Hearing | 06/24/24 |
| 17 | UNDER SEAL<br><br>VT-000775 – VT-000790 | Formal Hearing Outcome I | 08/01/24 |
| 18 | VT-000580 – VT-000611 | Appeal of Formal Hearing Outcome I | 08/10/24 |
| 19 | VT-000619 – VT-000620 | Emails between Jane Roe and Rohsaan Settle | 08/12/24 & 08/16/24 |
| 20 | VT-000614 – VT-000615 | Jane Roe's *Ex Parte* Opposition to Appeal | 08/16/24 |
| 21 | VT-000623 – VT-000624 | Denial of Appeal of Formal Hearing Outcome I | 09/05/24 |
| 22 | UNDER SEAL<br><br>VT-000744 – VT-000757 | Transcript of Second Title IX Hearing | 09/20/24 |

# EXHIBIT INDEX FOR FIRST AMENDED COMPLAINT

| 23 | UNDER SEAL<br><br>VT-000731 – VT-000734 | Formal Hearing Outcome II | 10/04/24 |
|----|----|----|----|
| 24 | VT-000662 – VT-000701 | Appeal of Formal Hearing Outcome II | 10/14/24 |
| 25 | VT-000702 to VT-000703 | Denial of Appeal of Formal Hearing Outcome II | 11/15/24 |

## Administrative Record for Pauline Poe Matter

| No | Bates | Document Description | Date |
|----|----|----|----|
| 26 | VT-000002 | VT Gender-Based Harassment and Violence Reporting Form | 10/12/23 |
| 27 | VT-000065 – VT-000070 | Emergency Protective Order | 10/26/23 |
| 28 | VT-000024 – VT-000025 | Internal VT emails regarding Interim Suspension | 11/01/23 & 11/02/23 |
| 29 | VT000021 – VT-000023 | Notification of Interim Suspension | 11/02/23 |
| 30 | JD-000001 – JD-000003 | Notification of Student Conduct Investigation | 11/06/23 |
| 31 | VT-000029 | Denial of Appeal of Interim Suspension | 11/07/23 |
| 32 | UNDER SEAL<br><br>VT-001258 – VT-001402 | Student Conduct Investigation Report | 04/02/24 |
| 33 | UNDER SEAL<br><br>VT-001202 – VT-001232 | Addendum I to Investigation Report | 04/04/24 |
| 34 | UNDER SEAL<br><br>VT-001236 – VT-001257 | Addendum II to Investigation Report | 04/05/24 |
| 35 | JD-000061 – JD-000065 | Email from John Doe to Rohsaan Settle | 05/06/24 |

| No | Bates | Document Description | Date |
|---|---|---|---|
| 36 | VT-000808 – VT-000809 | Supplemental document provided by John Doe to Hearing Officers (10/11/23 text message) | 05/07/24 |
| 37 | VT-000077 – VT-000082; VT-000040 – VT-000042; VT-000043 – VT-000051 | Nurse O'Malley Expert Reports and Curriculum | 05/08/24 |
| 38 | UNDER SEAL<br><br>VT-000083 – VT-000127 | Transcript of Student Conduct Hearing | 05/09/24 |
| 39 | JD-000067 – JD-000068 | Blacksburg PD FOIA Response[1] | 05/13/24 |
| 40 | UNDER SEAL<br><br>VT-000190 – VT-000206 | Formal Hearing Outcome | 05/31/24 |
| 41 | VT-000247 – VT-000286 | Appeal of Formal Hearing Outcome | 06/10/24 |
| 42 | VT-000791 | Email communications between John Doe and Defendant Settle in which Doe requests a copy of any opposition Pauline Poe files to Doe's Appeal. | 06/11/24 & 06/13/24 |
| 43 | VT-000327 – VT-000328 | Emails between Pauline Poe and Rohsaan Settle | 06/11/24 & 06/12/24 |
| 44 | VT-000724 – VT-000726 | Pauline Poe *Ex Parte* Opposition to John Doe's Appeal | 06/17/24 |
| 45 | VT-000366 – VT-000367 | Index of Documents for Appellate Officer | 06/18/24 |
| 46 | VT-001403 – VT-001404 | Denial of Appeal of Formal Hearing Outcome | 07/09/24 |

---

[1] On information and belief, during the Office for Equity and Accessibility ("OEA") investigation, OEA became aware of the event referenced in BPD's FOIA Response.

# EXHIBIT INDEX FOR FIRST AMENDED COMPLAINT

## Miscellaneous Documents

| No. | Bates | Document Description | Date |
|---|---|---|---|
| 47 | JD-000069 – JD-000076 | Voluntary Resolution Agreement between Virginia Tech and the U.S. Department of Education | 10/22/14 |
| 48 | JD-000077 – JD-000083 | Department of Education Letter Finding Regarding Investigation of Virginia Tech's Title IX Compliance | 10/28/14 |
| 49 | JD-000084 – JD-000143 | Hokie Handbook | 06/01/19 |
| 50 | JD-000144 – JD-000151 | VT Policy No. 1025, Policy on Harassment, Discrimination, and Sexual Assault | 08/31/21 |
| 51 | JD-000152 – JD-000188 | Letter from Seventeen State Attorneys General to the U.S. Secretary of Education | 09/12/22 |
| 52 | JD-000189 – JD-000191 | Letter from the Virginia Secretary of Education to the President of the United States and the U.S. Secretary of Education | 09/12/22 |
| 53 | JD-000192 – JD-000206 | VT Policy No. 1026, Policy on Title IX Sexual Harassment and Responsible Employee Reporting | 10/01/22 |
| 54 | JD-000207 – JD-0000243 | VT Student Code of Conduct | 08/18/23 |
| 55 | JD-000244 – JD-000258 | VT Title IX Reporting and Grievance Procedures for Sexual Harassment and Violence | 10/01/23[2] |

---

[2] Although this document is undated, it was on VT's website in October 2023.