# EXHIBIT 2

**2024348902**     Title IX

# John Doe     **(906527954)**

## DEMOGRAPHIC INFORMATION

| | | |
|---|---|---|
| **DOB** | **Classification** SO OT | **Athletics** Not Athlete |
| **Gender** Male | **Major** PSCI | **Greek** Not Greek |
| **Ethnicity** CAU | **Academic Advisor** John Doe . | **Honors** N/A |
| | **GPA Last Term** 3.513   **Cume** 3.317 | **ROTC/Veteran** ROTC-Air Force Optio |
| **Risk Level** | **FERPA Passcodes** 76276211   **Cadet** Y | **Citizenship** US Citizen |
| **First Generation Status** NO | | |

## CONTACT INFORMATION

| | | |
|---|---|---|
| **Housing Address** UQHN 0250 | **Local Address** Pearson Hall East, 420 BLACKSBURG VA 24061 (local) (cell) | **Permanent Address** |
| **Email Address** @vt.edu | | |
| **Emergency Contact** null null null | | |

## INCIDENT AND CASE INFORMATION

**Role**
Respondent

| | | |
|---|---|---|
| **Incident Date** 0000-00-00 | **Incident Time** | **Incident Location** Pearson Hall (PHALL) |
| **Reported Date** 2023-09-22 | **Referral Source** Housing and Residence Life | **Reported By** |

**Charges/Issues**
1.
2.
3.
4.
5.
6.

**Clery Reportability**

**Tags**

**Case Status**
Open

**Access Restriction**
Title IX

| | | |
|---|---|---|
| **Case Created Date** 2023-11-28 | **Case Created By** Deziree Twigger | **Assigned To** Deziree Twigger (OEA Title IX Investigator) |
| **Next Deadline Date** 2023-12-12 | **Reason** Unspecified at case creation | |

The information contained on these pages is privileged and confidential information intended solely for the individual or entity who has accessed it for official purposes and by lawful means. Any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 540-231-3790, and return the original message to us via the U.S. Postal Service to Student Conduct, Virginia Tech, 190 West Campus Drive, Suite 141, Blacksburg, VA 24061, without retaining a copy.

**INCIDENT DESCRIPTION**

3. Reporting Form: Community Report Form
Nature of Report: General
Occurred: September 21, 2023 7:45 AM
Location: Pearson Hall West (PHALL W) - District 5 0B39-2
Reported By: [Cadet SW]
[Jane Roe] (906507266)
[Cadet DM] (906544091)

[Q] Please provide a detailed description of the incident/concern using specific, concise, and objective language. All individuals that you identified above as being involved must also be included in your narrative.[/Q]
On 21 Sep 2023 at approximately 0745, Student Leader [Cadet SW] and [Jane Roe] went to grab breakfast at Turner in order for [Cadet SW] to follow up with [Roe] about Case #2024306901 that [Cadet SW] had been notified about. During the discussion, [Cadet SW] informed [Roe] that another cadet saw [Roe] going into the bathroom naked. [Cadet SW] expressed concern about [Roe] and asked if [Roe] wanted to talk about the incident. [Roe] was hesitant to tell [Cadet SW] because [Roe] did not want to get anyone in trouble or get involved with Title IX, and wanted to handle it on a personal level. [Cadet SW] explained that even if it was a Title IX case, it was up to [Roe] if [Roe] wanted to continue with the investigation. After some thought, [Roe] disclosed the following to [Cadet SW]:
- A couple of [Roe]'s friends and [Roe] had drank in [Roe]'s room (No names were mentioned except [Roe]'s roommate)
- Most people left after some time
- One male cadet from the group had to stay in [Roe]s room for the rest of the night because that male cadet was too intoxicated (The male cadet stayed on the floor while [Roe] and her roommate, [Cadet DM] were on each bed-- [Cadet DM] was sleeping)
- At some point during the night, the male cadet came up to [Roe]'s bed and tried to "start something"
- [Roe] felt uncomfortable and tried to get out of the situation
- [Roe] grabbed a shirt and ran across the UA to go to the bathroom and get out of the situation (This is what the report/case was written about)
[Roe] mentioned multiple times that [Roe] did not want this to turn into a bigger situation/problem and did not want to talk to anyone. [Cadet SW] suggested to [Roe] to talk to one of the VTCC Case Managers, Keely Arbenz-Smith. [Roe] agreed, and [Cadet SW] messaged Keely to schedule a meeting time. [Cadet SW] [Roe] and Keely agreed to meet around 1500 to talk about the incident.

At approximately 1500, [Cadet SW], [Roe] and Keely met in Keely's office. During the discussion, the following was disclosed from [Roe] in addition to earlier in the morning:
- There were 5 people who drank inside [Roe]'s room
- [Roe] indicated that [Roe] did not have a complete memory of what happened that night ([Roe] mentioned that it may have been because of how intoxicated [Roe] was, trauma from previous situations, or flight or fight response)
- When [Roe] was trying to get out of the situation from her room, [Roe] fell out of the bed and got bruises
- [Roe] said [Cadet DM] was in a deep sleep so [Cadet DM] did not know
- [Roe] did not want to disclose any names that were involved

In addition, [Roe] disclosed additional information on the following:
- [Roe] had been stressed due to home life, duties from the Corps (Band), not being able to

relieve stress, etc.
- Due to the time commitment being in the Band, ▇Roe▇ has not had time for self-care (▇Roe▇ likes to teach dance class/dance)
- All the stress led to ▇Roe▇ drinking more on a regular basis
- ▇Roe▇ indicated multiple times that ▇Roe▇ did not want this situation to get any bigger and ▇Roe▇ did not want to get anyone in trouble
- ▇Roe▇ also mentioned that ▇Roe▇ had been through worse situations and said it was not a big deal
- ▇Roe▇ also indicated that ▇Roe▇ did not want to pursue any Title IX investigations nor speak to the police

▇Roe▇ requested to speak to Lt Col Travis Sheets and MGySgt Lance Jones (4th Battalion Deputy Commandant and Senior Enlisted Advisor) about the alcohol portion of the incident. ADOC Kyla Dance was consulted to see if this was allowed. ADOC Dance asked if this would be beneficial for ▇Roe▇ and both Keely and ▇Cadet SW▇ agreed that it would be beneficial for ▇Roe▇ was given the option to talk to Lt Col Sheets and MGySgt Jones and attempted to reach them in person, however, they were not available in person so ▇Roe▇ was able to reach MGySgt Jones on the phone. After talking with MGySgt Jones, ▇Roe▇ was feeling better about the situation.

The police were contacted by Keely and ▇Cadet SW▇ at approximately 1858 on 21 Sep 2023 and Officer Nikki Martin responded. The police case number is Case 2023-16279.

[Q] Please select any categories below which this report involves:
CARE[/Q]Emotional/Mental Concern or Distress
[Q] Student Code of Conduct Implications[/Q]Alcohol
[Q] Others[/Q]Potential Title IX Implications
[Q] Was VTPD involved?[/Q]Yes
[Q] Was VT Rescue involved?[/Q]No
[Q] Did you contact the SSL on call about this incident?[/Q]No
[Q] Did you contact RWOC/ADOC about this incident?[/Q]Yes
[Q] If you contacted RWOC/ADOC, to whom did you talk?[/Q]Keely Arbenz-Smith
[Q] If you called RWOC/ADOC, did they physically respond to the scene?[/Q]Yes
[Q] Did you physically respond to the scene?[/Q]Yes
[Q] Did you contact the RezX Desk?[/Q]No

Submitted: September 21, 2023 8:14:17 pm
Disposition: Opened as 20243421
------------------------------------------------------------------
[Q] Please provide a detailed description of the incident/concern using specific, concise, and objective language. All individuals that you identified above as being involved must also be included in your narrative.[/Q]
▇John Doe▇ (resident) came to speak to C/▇▇▇▇▇▇▇ (student leader -SL) regarding drinking in the dorms the night of September 17th. ▇Doe▇ is under 21 years old and recalled drinking approximately 2-3 beers, about 3 seltzers, and a few sips of a buzzball. ▇Doe▇ was drinking with ▇Roe▇, ▇Cadet DM▇, ▇Cadet CP▇, and ▇Cadet MS▇. All parties are underage. ▇Roe▇ and ▇Cadet DM▇'s room was used for the gathering. ▇Doe▇ spent the night in ▇Roe▇s room until 0600. ▇Doe▇ is writing a full memorandum on the events of the night to pass to the chain of command. ▇Doe▇ had an existing intimate relationship with ▇Roe▇ and ▇Doe▇ and ▇Roe▇ had undisclosed intimate contact that night. This was disclosed to C/▇▇▇▇▇ on October 18th at 0020. Case is being handled through VTCC Disciplinary System.

[Q] Please select any categories below which this report involves:

CARE[/Q]

[Q] Residential Well-being[/Q]


[Q] Student Code of Conduct Implications[/Q]
Alcohol

[Q] Potential Harassment or Discrimination Incident[/Q]


[Q] Others[/Q]


[Q] Was VTPD involved?[/Q]
No

[Q] Was VT Rescue involved?[/Q]
No

[Q] Was the student transported to the hospital by VT Rescue?[/Q]


[Q] Did you contact the SSL on call about this incident?[/Q]
No

[Q] If you contacted the SSL on call, to whom did you talk?[/Q]


[Q] If you called the SSL on call, did they physically respond to the scene?[/Q]


[Q] Did you contact RWOC/ADOC about this incident?[/Q]
No

[Q] If you contacted RWOC/ADOC, to whom did you talk?[/Q]


[Q] If you called RWOC/ADOC, did they physically respond to the scene?[/Q]


[Q] Did you physically respond to the scene?[/Q]
No

[Q] Did you contact the RezX Desk?[/Q]
No
-----------------------------------------------------------------
meeting with student/VTPD -- On Monday, Oct 30th, Case Manager Keely Arbenz-Smith received a message from ▮Roe▮ that she would like to meet again to talk about this case, citing specifically that she thought she may want to speak with VTPD. CM A-S scheduled a meeting with ▮Roe▮ on 11/1 at 10:00am. ▮Roe▮ had found out about another title IX allegation against ▮Doe▮, because he had asked her to be his character witness for his Air Force hearing about that other case. She reports that he said to her, "You know I wouldn't do anything like that." She declined to be that witness for him. ▮Roe▮ asked if CM A-S could invite VTPD to come speak with her during her meeting with CM A-S. CM A-S called VTPD at 11:15am and Officer Barefield arrived, took notes and filed report #2024-19291. During the course of the meeting with VTPD Officer Barefield, ▮Roe▮

also shared that over the past few weeks, [Doe] has had less and less interactions with her, and is no longer speaking to her in class, whereas, they were good friends prior to the other allegations coming to light. This is in contrast to the week immediately following this case with [Roe] when he began to frequently tell her, "you were fine with what happened that night." and "You know I wouldn't do anything like that." When [Roe] originally reported the incident to CM A-S, she had indicated that she was bruised around her upper collarbone/chest area and her arm/wrist, and CM A-S saw bruises on her arm. Today, [Roe] said that [Doe] had told her that she fell out of bed and suffered those bruises. Her desk is beneath her bed in such a way that she would have hit her head on the desk and she reported no head injuries or soreness. She does not believe she fell out of bed. [Roe] continues to have no memory of what happened that night beyond a point where they were all drinking and sitting in the floor. When asked by the officer, she reported that she is certain that she and [Doe] had sexual intercourse that evening and when asked by the police officer if she would have consented that night, she said "no, not that evening, I would not have." [Roe] is also very confused as to why she would have wandered the halls that evening, without proper clothing.

[Roe] also mentioned that she is very concerned and uncomfortable having to have a dep com hearing on 11/2, at 5:15pm, with two other males present in the room the night they were drinking as well as [Doe]. She does not feel that she can say what she needs to say about the "visitation" charge, if [Doe] is present. She fully respects the corps process and does not want to say anything. Note: [Roe] has spoken to the other respondent, who she named as "[Poe]." She said that [Poe] is friends with other corps people, and that she believes that [Poe] is a sweetheart for a fraternity and that there are many mutual friends, in both communities.