# EXHIBIT 3

On 11/17/2023, I Det. M. L. Johnson, interviewed [Cadet DM] at the Public Safety Building (PSB), 330 Sterrett Drive, Blacksburg, Virginia. Prior to the beginning of the interview, I picked up [Cadet DM] near her residence hall and gave her a ride to the PSB. The following is a summary of the interview and is not intended to document all words spoken.

At the beginning of the interview, I thanked [Cadet DM] for coming in to talk with me and told her that she did not have to talk to me if she did not want to. I informed [Cadet DM] that it was my understanding that everyone present in the room in this case was drinking but underage alcohol possession was not the focus of my investigation and I was not worried about it. I also stated that it was my understanding that she was present in the room and my or may not remember what happened, but there was no pressure for her to try to talk about anything that she did not remember. I then asked [Cadet DM] to tell me in her own words what happened that night.

[Cadet DM] stated that towards the end of the night, [Doe] was laying on the ground and falling asleep so they ([Cadet DM] and [Jane Roe]) told him he could sleep in their room on a comfortable chair. [Cadet DM] stated that [Roe] walked one of the other guys back and [Cadet DM] began to brush her teeth. [Cadet DM] stated that when she turned around, [Doe] was already in [Roe]'s bed, possibly asleep. [Cadet DM] stated that when [Roe] returned, they decided that since [Doe] was already asleep it was fine for him to be in [Roe]'s bed and they both went to bed.

[Cadet DM] stated that when she woke up in the morning, everything seemed ok except that [Doe] kept asking [Roe] if she was ok. /[Cadet DM] said [Roe] informed her later that she filed a Title IX report but said that it was not about [Doe] [Cadet DM] stated that she began noticing bruises on [Roe]'s arm and asked [Doe] about them when she saw him again later. [Cadet DM] stated that [Doe] told her [Roe] fell out of her bed that night. [Cadet DM] stated that she found the explanation unlikely because she was not intoxicated that night to the point where [Roe] falling out of her bed would not have woken her up.

I asked [Cadet DM] it was correct that the group in her room that night was just her, [Roe] [Doe] [Cadet CP] and [Cadet MS] and she stated that was correct. I asked about what caused everyone to gather that night and [Cadet DM] stated that she was not sure: she was doing homework that night when she turned around and the others offered her a drink. I asked [Cadet DM] when everyone began to gather that night and she stated that people began to come to the room around 19:30. [Cadet DM] stated that she started drinking with them around 20:00 and [Cadet CP] and [Cadet MS] left no later than 23:00. [Cadet DM] stated that around 23:00 [Roe] walked [Cadet CP] back to his room and [Cadet MS] left before [Roe] returned. I asked [Cadet DM] how [Cadet CP] and [Cadet MS] seemed when they left and she replied that [Cadet CP] seemed really intoxicated and [Cadet MS] seemed fine. [Cadet DM] stated that [Cadet MS] told her the next day that [Cadet CP] was not actually very intoxicated and was faking it.

[Cadet DM] stated that approximately 30 minutes before they went to sleep [Doe] was dozing off in the corner. I asked [Cadet DM] to describe [Doe]'s state further and she stated that he seemed really intoxicated, when caused them to joke that he was being a lightweight. I asked [Cadet DM] how much she thought [Doe] had to drink and she stated that she thought he drank two Busch Light beers. I asked [Cadet DM] how much she thought [Roe] had to drink and she stated that [Roe] had 1.5 BuzzBalls, 3 High Noons, and two Busch Light beers. [Cadet DM] stated that she did not think [Roe] was very intoxicated until [Roe] walked [Cadet CP] back to his room and accidentally took [Doe]'s phone instead of her own. I asked [Cadet DM] how much she had to drink and she stated that had about as much as [Roe] did. I asked [Cadet DM] how she felt when she went to bed and she stated that she felt fine and remembered most of

VT-000540

the night. Cadet DM stated that she did her normal bedtime routine including brushing her teeth and putting on her noise cancelling Beats headphones to help her sleep. Cadet DM stated that she was wearing her headphones and played some music so she could not hear what was going on the room after she put her headphones on.

I asked Cadet DM about what times she went to bed that night and she stated that it was around 00:00 Monday morning. Cadet DM stated that Cadet MS had said that they went to bed around 02:00 but that was not true because they would not have let Roe and Cadet CP walk to the other building after 02:00 when the Corps begins to track keycard swipes. I asked Cadet DM if Roe had her Hokie Passport with her when she walked Cadet CP back to his room and she replied no, she did not have it because she accidentally took Doe's phone with her instead of her own. Cadet DM stated that she was not sure how Roe got back inside the building.

I asked Cadet DM what the last thing she remembered Doe and Roe doing before Cadet DM put on her headphones and went to sleep. Cadet DM stated that she remembered Doe being asleep, Roe leaving the room to put on her pajamas, and asking Roe when she returned if she was okay with Doe being in her bed. Cadet DM stated that Roe told her it was fine and they were just sleeping. I asked if it was correct that the last thing she remembered that night was Doe and Roe being asleep and Cadet DM replied that was correct.

I asked Cadet DM what she remembered when she woke up and she replied that she remembered Doe and Roe being in the same position. Cadet DM stated that she woke up first, turned on the lights and took out the trash. Cadet DM stated that Roe went to the bathroom and when they both returned to the room Doe asked Roe if she was okay. Cadet DM stated that after that Doe went back to his room and they went to formation. I asked Cadet DM if both Doe and Roe were wearing clothes when she woke up and she stated that they both were. I asked if Cadet DM remembered anything else that Doe and Roe said to each other that morning and she stated no.

I asked Cadet DM what she remembered Roe saying about what happened in the next few days. Cadet DM stated that Roe got called out of formation Monday morning and talked to by the senior enlisted advisor. Cadet DM stated that when Roe returned to their room after being called out Cadet DM asked her what she was called out for. Cadet DM stated that Roe told her an incident report was filed about a blonde girl in the restroom naked. Cadet DM stated that Roe told her she has no memory of most of the night or leaving their room to go to the bathroom. Roe told Cadet DM that the advisor wanted Roe to meet with him weekly because of the incident to check in with her and make sure she was sticking to a good schedule.

Cadet DM stated that Monday morning her and Roe had band practice and she noticed the bruises on Roe while walking to band practice. Cadet DM stated that when she asked Roe about the bruises Doe was also present and he said that Roe had fallen out of the bed. Cadet DM stated that they joked about Roe falling out of the bed again because she had fallen out of the bed and hit her leg recently. Cadet DM stated that she was skeptical about that explanation for the bruises because Roe went to sleep on the inside of the bed and woke up in the same position. Cadet DM stated that after getting called out of formation, Roe was directed to go speak to the embedded Residential Wellbeing staff member "Ms. Keely" (Keely Arbenz-Smith). Cadet DM stated that Roe told Ms. Keely a fuller account of what she believed happened at that point but did not tell Cadet DM all of the same details yet. Cadet DM stated when she got back from class on Tuesday, Roe told Cadet DM that she had filed a Title IX report and

Cadet DM asked her more about it. Cadet DM stated that Roe repeatedly denied that the report was about Doe and Roe said she did not want to press anything in terms of investigations further for weeks. Cadet DM stated that Roe changed her mind about reporting the incident further when they found out that Doe had assaulted another girl.

I asked how long the bruises that Roe had lasted and Cadet DM stated they lased about a week. Cadet DM stated that the bruises stated out as red and got darker over the week. I asked Cadet DM how big the bruise she saw was and she stated that it was about an inch wide and she believed that it was on Roe's left arm.

I asked Cadet DM what Doe had said to her about what happened that night. Cadet DM stated that Roe told her Roe and Doe talked about what happened that night and Roe told him that she remembered the night to make Doe feel better about the situation. Cadet DM stated that in mid-October, once all five people who were present that night were notified that they were going to be disciplined for drinking, Doe asked her, Cadet MS and Doe to all meet in the Doe's room. Cadet DM stated that Cadet CP and Cadet MS wanted them all to say Roe Cadet DM and Doe were the only ones drinking. Cadet DM stated that the reasoning behind that plan was the punishment would be lighter if only people within the same battalion were drinking together. Cadet DM stated that she told them she would not go along with the plan and suggested that they all just own up to what they did. Cadet DM stated that Doe then asked her if Roe was going to say anything about what happened that night to which she replied asking what he meant. Cadet DM stated that was when she then found out about what happened that night and Doe told her that Roe remembered everything that night. Cadet DM stated that she told Doe that Roe in fact did not remember the night and that made Doe very upset.

Cadet DM stated that Doe and Roe had been friends with benefits since the previous semester and Doe expressed to her that his and Roe's relationship history was all leading up to that night. I asked Cadet DM what she meant when she said she learned what happened that night and she said that having sex in the dorms was against Corps regulations so she assumed that is what Doe was referring to. I asked Cadet DM if Doe told her that he and Roe had sex and she replied yes. I asked Cadet DM to describe what Doe said happened. Cadet DM stated that Doe did not describe what happened that night but said they "fucked." Cadet DM stated that when Doe said this, Cadet CP got mad because he and Roe were "talking" and left the room. Cadet DM stated that when Cadet CP left the room, Cadet MS followed him to calm him down and only her and Doe remained in the room. Cadet DM stated that at that point, Doe began to freak out and say, "I'm going to jail, I'm going to prison." Cadet DM stated that she attempted to calm Doe down and tell him nothing is going to happen but Doe was not calmed and said he was going to lose his commission. Cadet DM stated that Doe began to ramble about how he and Roe went on ruck marches together the previous semester and engaged in sexual activity that was not intercourse and all of that activity was leading up to that night. Cadet DM stated that she told Doe to just stop talking at that point because they needed to go to class soon.

I asked Cadet DM if Doe and Roe had been going on rusks together in the Spring 2023 and Fall 2023 semesters and sexual acts other than intercourse had been occurring during these rusks and she stated that was correct. I asked Cadet DM if Doe described at all what happened that night other than saying "we fucked" and Cadet DM replied that Doe said Roe gave consent. Cadet DM stated that she told Doe that Roe was blackout drunk so that was not consent which caused Doe to get very upset. I asked Cadet DM if Doe was trying to say that what happened was ok because he and Roe had

engaged in sexual activity before and Cadet DM said yes. I asked Cadet DM if Doe described any of the acts that occurred and Cadet DM replied that once Doe said he kissed Roe and she gave consent, she told him she did not need to hear this and to stop talking.

I asked Cadet DM if Doe described anything that occurred with the other female involved in the Blacksburg Police Department case that she mentioned previously. Cadet DM stated that Doe talked to her and Roe some about what happened. Cadet DM stated that about a week before Doe left Virginia Tech, Doe came in to her room crying. Cadet DM stated that she asked Doe what was going on and Doe asked Roe if he could tell Cadet DM to which Roe replied that it was up to him. Cadet DM stated that Roe said Doe has another rape charge and Doe went into more detail about what happened. Cadet DM stated that Doe said he went to a female's house, they were drinking, the female said "do something about it," and Doe said if that was not consent then he did not know what consent is. Cadet DM stated that Doe told them that the other female was going to go to the police. Cadet DM stated that when Roe heard about the other situation it was very difficult for her emotionally and she had a very difficult time deciding if she should also go to the police or not.

Cadet DM stated that one day recently Roe went to the police department to make a report and also reopened her Title IX case. Cadet DM stated later the same day, Roe returned back to their room crying after speaking to the other girl that Doe had assaulted because their stories were so similar.

I asked Cadet DM if there was anything else about that Sunday night that she remembered that she thought I should know and she stated no. I asked Cadet DM if she thought that, even with her noise cancelling headphones and drinking, she would have heard and been woken up if Roe had fallen out of her bed that night. Cadet DM stated that she woke up Monday morning without her headphones on due to them falling off when she slept so she would have heard if Roe fell out of bed. I asked Cadet DM if she thought the bruises that she saw were consistent with someone falling out of bed. Cadet DM stated no and that the way Roe's bed is set up, if she would have fallen out of bed she would have struck a number of objects such as her refrigerator or desk. Cadet DM stated that she fully believed "something happened" that night due to the report of Roe leaving her room to go to the bathroom undressed. Cadet DM explained that she and Roe believed that Roe was "roofied" earlier that year when Roe came back to their room highly intoxicated and incoherent. Cadet DM stated that during that previous incident, Roe fell asleep and then woke up early in the morning and tried to get up and leave the room. Cadet DM stated that she believed that if Roe was blackout drunk and "something happened" that Roe's first instinct would be to get up and try to leave the room again.

I explained the criminal process to Cadet DM and thanked her for her time. At the conclusion of the interview, I gave Cadet DM a ride back to her residence hall.