# EXHIBIT 4



**Office for Equity and Accessibility**
220 Gilbert Street, Suite 5200 (0150)
Blacksburg, Virginia 24061

P: 540-231-2010
equityandaccess@vt.edu ▪ oea.vt.edu

November 29, 2023

John Doe
Sent electronically to ██████@vt.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024348902

Dear Doe ,

The Office for Equity and Accessibility has received a complaint from Jane Roe alleging your involvement in potential violations of Sexual Assault- Rape, and Sexual Assault – Fondling as defined in Virginia Tech's Policy 1026 on Title IX Sexual Harassment. At Roe's request and at the direction of the Title IX Coordinator an investigation is being initiated into the matter. It is important to note that you have not been deemed responsible for any misconduct.  Rather, this letter notifies you of the complaint and begins a fair and thorough investigation into these allegations.  You have the right for an investigation and hearing to occur before any determination of a policy violation or sanction is issued. Below is a summary of the allegations being investigated. If additional allegations arise during the course of the investigation, you will receive notice and the opportunity to respond.

Below is a summary of the matter being investigated:

*Roe reported that on September 17, 2023, through the morning of September 18, 2023, she and Doe were at her residential hall in Pearson Hall on the Virginia Tech campus in Blacksburg, VA. Roe reported that when she woke up on the morning of September 18, Doe was in bed with her and informed Roe they had sexual intercourse the prior night, including anal and vaginal penetration. Roe reported having bruising on her body and having vaginal and anal pain. Roe reported that she was incapacitated due to alcohol consumption and was unable to consent to sexual activities with Doe .*

Part of my job at Virginia Tech is to investigate complaints like this and to review with you what your role is in the investigation, as well as your options in the investigation process. I would like to schedule a meeting with you to discuss the matter and to go over processes and procedures. At this meeting, you are not required to give any statements- this meeting is to be sure that you understand the process and your rights. We can schedule additional meetings and interviews if you choose to participate in the investigation process.

Whenever we meet, you have the right to be accompanied by an advisor of your choosing. You have previously informed me you are working with a private advisor; however, if you are ever interested in receiving additional assistance or support services, I can connect you with the Dean of Students Office. If you would like to contact them directly, you can reach them at [dean.students@vt.edu](mailto:dean.students@vt.edu) or by phone at 540-231-3787.

At the end of this letter, you will find some important information about our process and your rights. I encourage you to read through it carefully. If you have any questions about the process or the allegations, please let me know and I will do my best to answer them.

Sincerely,



Dez Twigger




Important Information about the Title IX Process

We encourage you to read Virginia Tech's policy 1026 on Title IX Sexual Harassment, which can be found at https://policies.vt.edu/assets/1026.pdf. An outline of University procedures can be found here https://safe.vt.edu/about.html. Additional information on Title IX can be found at https://oea.vt.edu/titleix-vawa.html, and in the Hokie Handbook, https://www.hokiehandbook.vt.edu/policies/code-ofconduct.html.

All parties have the right to have an advisor of their choosing attend all meetings, interviews, and hearings. Each party has the right to use an attorney as their advisor. If you do not have an advisor, the university will assign one to you.

All investigations are started with a presumption of non-responsibility on the part of the respondent. Determinations of responsibility, and subsequently sanctions, may only be made after a hearing by impartial decision makers.

Virginia Tech uses a preponderance of the evidence standard when determining violations of university policy. Differently stated, the university assesses based on the evidence and information available is it more likely than not that violation occurred.

Providing any statements or false information is prohibited by University Policy and may be grounds for subsequent disciplinary actions. This provision does not apply to reports made in good faith. A determination regarding responsibility alone is not sufficient to conclude that any party made a materially false statement in bad faith.

**VT-000038**

Powered by TCPDF (www.tcpdf.org)