# EXHIBIT 5

 

**Follow Up**  **Investigation**

**From** Twigger, Dez <dtwigger@vt.edu>

**Date** Tue 12/19/2023 10:28 AM

**To** John Doe

**Cc** Doe's Counsel

Regarding: Jane Roe

Doe,

Thank you for the clarification in your last email.

I wanted to follow up regarding your other case to see if you would like to provide a statement. As we discussed in our meeting there are several different ways you may submit your statement either in writing or we can meet and I can interview you or I can prepare questions and email them to you to respond to.

If you have any evidence or any witnesses you would like to submit, you can start doing that now as well. Just a reminder, when I contact any witnesses I ask if they would like to be a part of this investigation, but they are not required to reply to me. When speaking with witnesses I do not discuss the investigation with them either. If you have something or someone in mind but you're not sure if it would be beneficial, we can either talk about it or you can submit them with a brief explanation of who they are. If you have evidence that you feel may be helpful, such as text messages, videos, or anything please submit that at this time through email.

As previously mentioned it is entirely up to you how you would like to be involved in this process. If you have any questions, please let me know.

If I do not hear back from you I'll keep updating you and once things start to move along I'll provide dates when things are needed by so you stay informed.
Thank you for your time.

Respectfully,

Dez

 **Outlook**

## Request

**From** Twigger, Dez <dtwigger@vt.edu>

**Date** Mon 1/22/2024 3:18 PM

**To** John Doe

**Cc** Doe's Counsel

Johnny,

Thank you for your email regarding Pauline

In reference to Jane Roe:

I have some follow-up questions I would like to ask. If you are comfortable meeting with me, please let me know, and I will coordinate with everyone's schedule to get some dates for you. If you do not want to answer further questions or provide additional statements, that is fine; you do not have to. If you would prefer I email the questions to you, I can do that as well. Please let me know what you are comfortable with.

Thank you for your time; please let me know if you need anything or have any questions.

Respectfully,

Deziree Twigger
Equity and Title IX Investigator
Virginia Tech | Equity and Accessibility
220 Gilbert Street, Suite 5200
Blacksburg, VA 24061
540-231-8899 | dtwigger@vt.edu

PLEASE NOTE: This email account is monitored during regular business hours only (8am-5pm Monday-Friday). Emails received after business hours or on university-observed holidays may not be viewed until the following business day.

CONFIDENTIALITY NOTICE: This electronic email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this electronic email and are not the intended recipient, please contact the sender by phone or by electronic email reply and destroy all copies of the original message.