# EXHIBIT 6

 

## 10-Day Review Information

**From** Twigger, Dez <dtwigger@vt.edu>

**Date** Fri 4/5/2024 2:06 PM

**To** John Doe

**Cc** Doe's Counsel

Dear Doe

At this time, I have completed the steps for my investigation into your report, and I am releasing the investigation materials to you for your review. I know I have included a lot of information below, so please know if you have questions about anything or if you would like to meet and talk about this, I would be happy to schedule a time for us to meet.

As we have talked about, you have the right to review the materials collected for this investigation and provide a written response to any of the information contained therein. The materials will be available to you for 10 calendar days for your review. You should soon receive a link from me via Google Drive to a folder containing the materials. I will also provide access to your advisor, please let me know if that will be your father, or Mr. Turk. I can only provide access to one of them, if you would like access to be given to Mr. Turk please provide me with his email address. Please know that in this folder, both you and your advocate will have access to view the materials, but the permissions to download, comment, print, or share have been disabled.

Once you receive the access link, I would ask that you take a look at the materials to ensure that all documentation that you have submitted is included. If there are any materials that you do not see or that you feel are missing, please contact me as soon as possible, and I will ensure these materials are added.

Additionally, as I mentioned above, you have the right to provide a written response to the information contained in the investigation materials. The written response is an opportunity for you to provide any additional information that you would like to have included in the investigation. This information can include but is not limited to, additional statements, witness names, responses to statements or documents, etc. You may also submit additional documentation, which can include photos, screenshots, emails, text messages, etc. Please know that any additional documentation that is submitted will be made available to all parties for review.

If you choose to provide a written response, please have that submitted by April 15, 2024. Any written responses that I receive from either party will be reviewed to determine if any further investigation is needed. If any additional investigation is needed, I will notify you of the steps that need to be taken and any effect they will have on the investigation timeline.

I know that this is a lot of information, so please know I am happy to meet and talk with you about this if you would like. If you have any questions that you would like to talk about over email, please feel free to reach out at any time. Thank you!

Respectfully,

Dez Twigger