# EXHIBIT 7

 **Outlook**

---

## FW: 10-Day Review Link

---

**From** Twigger, Dez <dtwigger@vt.edu>
**Date** Mon 4/15/2024 8:13 AM
**To** John Doe
**Cc** Doe's Counsel

---

\*Sending this again because I did not hit reply all the first time and I wanted to make sure you both received my response.

Hey Doe

Yes that is completely fine.

Please let me know if you need anything else.

Thank you,

Dez

> On Apr 15, 2024, at 06:40, John Doe wrote:
>
> Ms. Twigger:
>
> May I please have a 24-hour extension of the 10-day review period. My attorney and I are still working on my response.
>
> Thanks,
> John Doe
>
> Get Outlook for iOS
>
> ---
>
> **From:** Twigger, Dez <dtwigger@vt.edu>
> **Sent:** Thursday, April 11, 2024 15:06
> **To:** John Doe
> **Subject:** RE: 10-Day Review Link
>
> Doe
>
> Thank you for letting me know.
>
> Keely did not provide me with exact dates; however, you would be allowed to ask this question at a hearing.

JD-000006

One thing that may be helpful is to submit this as a question along with any other questions you may have as a response to the 10-day materials.  I can attach your questions to the report and that way they will be noted that this is information you are interested in having.

Upon completion of the 10-day review there will be a determination if more investigation needs to occur and this maybe be something that is determined we need to get to complete the report.

Respectfully,

Dez

**From:** John Doe >
**Sent:** Thursday, April 11, 2024 11:50 AM
**To:** Twigger, Dez <dtwigger@vt.edu>
**Cc:** Doe's Counsel
**Subject:** Re: 10-Day Review Link

Ms. Twigger:

I believe that the link that you sent me includes all of the documents that I have submitted for the [Jane Roe] investigation.  However, for now, I have a question.

Your summary of your interview with Keely Arbenz-Smith seems to indicate that Ms. Arbenz Smith met with [Jane Roe] on two occasions at some point after September 17, 2023. However, the summary does not provide the dates on which Arbenz-Smith allegedly met with [Jane Roe].  Are you able to provide those dates?

Thank you,
John Doe

**From:** Twigger, Dez <dtwigger@vt.edu>
**Sent:** Friday, April 5, 2024 2:19 PM
**To:** John Doe
**Cc:** Doe's Counsel
**Subject:** 10-Day Review Link

Doe

Here is the google link to all investigative materials:

https://drive.google.com/drive/folders/1n7pBbMdNOzPzRn5mosZmqLUAXwT0UTyS?usp=sharing

[redacted] currently has access, if you would like me to change it to Mr. Turk please let me know.

If you have any issues with the link or need anything, please let me know.

Respectfully,

Dez Twigger

JD-000007