# EXHIBIT 9
# UNDER SEAL

Title IX Investigation Report, May 17, 2024