# EXHIBIT 10

# RE: Investigation Report Completed

**Barnett, Kristin <kristinb18@vt.edu>**
Mon 5/20/2024 5:43 PM

To: ███ John Doe ███ @vt.edu>
Cc: ███ Doe's Counsel ███ ;Twigger, Dez <dtwigger@vt.edu>

Hi ▮John Doe▮

Thank you for letting me know ███████ will be with you at the hearing. And thank you for reviewing the report to let me know if anything is missing.  If you find something, we will get it out ASAP.

As I stated in the report, I excluded the document regarding ▮Pauline Poe▮ because she is not a party in this investigation.   That does NOT mean that the hearing officers can't view and consider that information.  They can;  I would just recommend you tell them clearly why you think they should consider that information.   You can do that in writing before the hearing and send that directly to them, or you can wait and discuss it in your opening statement, or do both.   I usually tell people it is best to get them what information they need as soon as you can, but it's your call.  I encourage everyone to go to the hearing and argue for what information they feel should be considered in a determination; whether or not it is something included or excluded in that report. I will also be there, so you can ask me any questions you want on relevancy then.

The documents that were excluded will be available online.  The link Dez initially sent with all of the materials is turned back on at least five days before the hearing.  We usually turn it on earlier, so expect that this week, and we send that to both the primary parties, their advisors, and the hearing officers.  I'll ask Dez to get that up this week, and please let me know if you have any questions or need anything.

Kristin

---

**From:** ███ John Doe ███ @vt.edu>
**Sent:** Monday, May 20, 2024 5:54 PM
**To:** Barnett, Kristin <kristinb18@vt.edu>
**Cc:** ▮Doe's Counsel▮ ███████ ; Twigger, Dez <dtwigger@vt.edu>
**Subject:** Re: Investigation Report Completed

Hi Ms. Barnett.

███████ will be my attorney at the hearing.

We will let you know if anything is missing from the report.

The document regarding ▮Pauline Poe▮ was not a "protective order dismissal."  It was a dismissal of ▮Pauline Poe▮'s petition for a protective order.  Under Virginia law, courts can issue three types of protective orders: (1) Emergency Protective Orders ("EPOs"), (2) Preliminary Protective Orders ("PPOs"); and Protective Orders ("POs").  I understand that Virginia Tech's position is that a finding against a respondent in any of those three processes is relevant, whereas a finding in favor of a respondent in any of those three processes is irrelevant.  If I have misstated Virginia Tech's position, please let me know.

VT-000368

Thanks,

John Doe

---

**From:** Barnett, Kristin <kristinb18@vt.edu>
**Sent:** Monday, May 20, 2024 8:20 AM
**To:** John Doe @vt.edu>
**Cc:** Doe's Counsel >; Twigger, Dez <dtwigger@vt.edu>
**Subject:** Investigation Report Completed

Hello John Doe,

Dez is out of the office for a few days, so I am sending out a copy of your investigation report for the case with Jane Roe. The report has been sent to Student Conduct as well, and they will reach out to you soon to discuss the next steps. I attached the report here so you can review. I went ahead and copied _____ because I know he has been at all of your meetings. I assume you intend to use your own advisor for the hearing, but if you decide you want an advisor provided for by the school for the hearing, let us know and we can arrange that. Dez will follow up with you more on that later.

There are two items that you submitted that were excluded from the report; however, these items will be made available to all of the parties (including the hearing officers), and you are allowed to talk about them at the hearing, propose them to the hearing officers for consideration, etc. The decision to exclude them was mine; it was also reviewed by the Title IX Coordinator, who agreed, and I detailed why they were excluded from the report. I know when we met earlier this semester, we talked about how our reports are reviewed by myself and the Title IX Coordinator before being sent to Student Conduct. Since I am the one who made those decisions for this report, I will be at the hearing, so you can ask me any questions you want. Dez will also be there of course if you have any questions for her.

The two items excluded are the protective order dismissal for Pauline Poe, and a portion of the document for the proposed summary of relevant information. I provided an explanation in the report for both exclusions; it is at the bottom of the procedural history. Again, these documents will be made available for the hearing officers to review, you can talk about them all you want in the hearing, and you can ask me any questions you want about these decisions at the hearing.

There is no other information from either party that was excluded from the report, and there should not be any evidence in the report that you have not already viewed. This was a lengthy report, and you had numerous submissions, so if anything other than the two documents listed above is missing, let me know right away, and I will get those issued in an addendum. Any time we have a report of this length with this many separate submissions, we want to be mindful that something may have inadvertently been excluded.

Please feel free to let me know if you have any questions.

Kristin A. Barnett
_Pronouns: she/her/hers_
Senior Investigator
Title IX and Compliance
Office for Equity and Accessibility

VT-000369

Gilbert Place
220 Gilbert Street, Suite 5200
Blacksburg, Virginia 24061
Phone:  540-231-0935
Fax:  540-231-3830
Kristinb18@vt.edu


This email message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential information covered under the Family Educational Rights & Privacy Act (FERPA). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited. If you have received this message in error, please destroy all copies of the original message (including attachments) and notify me immediately by email at kristinb18@vt.edu,or by telephone at 540-231-0935.

If you are an individual with a disability and wish to request an accommodation in order to participate in any part of the investigatory process, please notify me by email at kristinb18@vt.edu, or calling me at 540-231-0935. Requests need to be made in a timely manner prior to any scheduled meetings.

**VT-000370**