# EXHIBIT 14

Amber O'Malley MSN, RN, SANE-A, SANE-P, AFN-C
O'Malley Forensic Nursing Services, PLLC.
P.O. Box 755
Bentonville, AR. 72712

Office of Student Conduct
Virginia Tech University
New Hall West, Suite 141
Blacksburg, VA  24601

June 20, 2024

Dear Office of Student Conduct,

As requested by counsel for **John Doe**, I have reviewed Investigation Report
20243489, pages 1-176.

I have been asked to provide an expert witness statement on the discussions of bruising in the
Investigation Report, with an opinion as to what can and cannot be determined about reported
injury noted to the Complainant, based on the Investigation Report.

The following report is based on my 11 years of education, training and clinical practice
experience as a Forensic Nurse Examiner, having seen nearly 800 patents reporting
interpersonal violence. I routinely perform medical-forensic examinations which include
detailed full body assessments with injury identification and review, accompanied by written
documentation and forensic photography. I am a clinical and didactic Forensic Nursing
Instructor and teach on the subject of physical injury characteristics, classification and
terminology.

The above case involves an alleged sexual assault, in which **Jane Roe** (Complainant) states
she was sexually assaulted by **John Doe** sometime between 2345 hours on
9/17/2023 and 0130 hours on 9/18/2023. She reported she awoke with bruising to her body,
but had complete memory loss of the alleged incident due to alcohol consumption.

Selected relevant statements from witnesses are addressed below, and were useful to
developing my opinion in this report.

Extracted summaries of statements from **Roe** are as follows:

- **Roe** reported to VTPD that when she woke the following morning, "she had bruises on
  her wrists and chest as if someone had grabbed her and she was sore", (Summary of the
  Investigation, pg. 7 and Complainant's Statements to VTPD, pg. 18).
- **Roe** reported that when she told **Doe** that she was sore and had some bruises, he told
  her that she had fallen off of her bed, (Summary of the Investigation, pg. 7).

1

VT-000354

- **Roe** stated that **Doe** told her in the morning that she had fallen out of bed and they "hooked up", (Complainant's Statements to VTPD, pg. 18).
- **Roe** reported that Ms. Arbenz-Smith (the Residential Wellbeing Coordinator) saw bruises on her. **Roe** reported having a bruise on both forearms, a shallow scratch about 2 inches long on her right palm and 5-10 smaller bruises on her upper chest, (Summary of the Investigation, pg. 8).
- I asked **Roe** what happened next [after waking up in the morning around 0630 hours next to **Doe** and she stated that **Doe** left and she felt sore all over, and on her wrists where she also noticed bruises, (Complainant's Statements to VTPD, pg. 19).
- **Roe** stated that **Doe** asked her how she was doing and when she told him that she was sore and had some bruises he told her that she had fallen off of her bed, (Complainant's Statements to VTPD, pg. 19).
- **Roe** stated [the bed] was fully lofted and she had her desk underneath her bed extending out such that she would have hit her upper body or head if she had fallen out of her bed. **Roe** stated that she saw a Residential Wellbeing Coordinator, Kelly Arbenz-Smith, the next day and the coordinator could vouch for the fact that she was bruised. **Roe** indicated that she had bruises on both forearms, just below her wrists, a shallow scratch about 2 inches long on her right palm, and 5-10 smaller bruises on her upper chest. **Roe** stated that she bruises easily but did not recall anything occurring that night or in the days leading up to that night that would have caused those bruises, (Complainant's Statements to VTPD, pg. 20).

Extracted summaries of statements from **Doe** are as follows:

- "I did not engage in any conduct that would have resulted in bruises on **Roe** (Summary of the Investigation, pg. 8) and (Respondent's Written Statements, pg. 42-44, 46, 48).
- **Doe** addressed further statements contained in the report and reiterated that he did not engage in any conduct that would have left bruises or "scratches" on **Roe** (Summary of the Investigation, pg. 8).
- I remember **Roe** falling out of bed at some point during the night, (Respondent's Written Statement, pg 48).

Extracted summaries of statements from **Cadet DM** (Complainant's roommate) are as follows:

- **Cadet DM** stated that when **Roe** woke up, she did have bruises. **Cadet DM** stated she doesn't remember shapes or sizes but, she does recall **Jane** showing her bruises when **Doe** left the room, (Summary of the Investigation, pg. 10 and Witness Interviews and Statements, pg. 52). **Cadet DM** stated they woke up around 6:00 a.m. or 6:30 a.m. because **Doe** had morning formation at 7:00 a.m., (Witness Interviews and Statements, pg. 52).

2

VT-000355

- [Cadet DM] stated [[Roe] had one [bruise] on her arm and one [bruise] on her leg, but she believes the bruise on her leg was from PT because [Roe] told her so. [Cadet DM] stated [Roe] had fallen out of bed a few days before and hit the microwave and refrigerator unit, knocking everything off the microwave. [Cadet DM] stated she thought the bruises were on [Jane's] forearm area but could not remember which arm or if it was both. [Cadet DM] stated there was one [bruise] on the back of her leg and one on the side of her leg, and believed the one on the side of [Roe]'s leg was where she fell out of the bed before. [Cadet DM] stated the bruises on [Roe]'s leg were in the upper thigh area, (Witness Interviews and Statements, pg. 55).

Extracted summaries of statements from Keely Arbenz-Smith (Residential Wellbeing Coordinator at Virginia Tech who was reported to have seen bruises on [Roe] the day after the alleged incident) are as follows:

- Keely noted that when [Roe] first talked with her after the alleged incident, Keely noted bruises on [Roe] Keely stated she "specifically remembered [Roe] sitting in her office lifting her arm and saying she was bruised and explaining to Keely that [Doe] told [Roe] she fell out of bed." Keely stated when [Roe] lifted her arm, she saw what looked like a "thumbprint bruise on [Roe]'s right wrist," appearing as if she was grabbed by "someone's hand or fingerprint," (Summary of Investigation, pg. 11).

- Keely stated she "specifically remembered [Roe] sitting in her office lifting her arm and saying she was bruised and explaining to Keely that [Doe] told [Roe] she fell out of bed. Keely stated when [Roe] lifted her arm, she saw what looked like a "thumbprint bruise on [Roe]'s right wrist," appearing as if she was grabbed by "someone's hand or fingerprint," and Keely thought that if someone fell out of the bed and hit that area, it wouldn't bruise like that (Witness Interviews and Statements, pg. 58).

The chronology of events was reported by [Roe] as follows:
- At 1900-1930 hours people initially began to gather in her room.
- At 2230 hours her friends started to leave.
- At 2345-0130 hours she was allegedly sexually assaulted.
- At 0130 hours she entered the hallway.
- At 0630 hours she woke up next to [Doe] and [Doe] left her room.

Pertinent findings based on the above statements are as follows:

1. No photographs of the reported injuries on [Roe]'s body were provided for review. Only reported descriptions of the type and sites of injuries were provided for this expert. Different witnesses described different types and locations of injury.
   a. [Roe] stated to VTPD the bruises were on her wrists and chest and told Ms. Smith she had bruises on both forearms just below her wrists, a scratch on her right palm, and 5-10 small bruises on her chest. [Cadet DM] stated [Roe] had one bruise on

VT-000356

her arm (possibly the forearm but could not recall which one or if both), one on the back of her leg (which was likely from PT) and one on the side of her leg (which was likely from her falling out of bed a few days prior). Keely reported a bruise on ███'s right wrist.

2. A bruise is a form of blunt force trauma, but the appearance of a bruise alone does not give rise to the causal mechanism. Bruises are the result of impact to the skin by a blunt object, which ruptures the underlying vessels and causes blood to seep to the surface of the skin leaving discoloration. A bruise only indicates the site of the impact by the blunt object. Only in rare circumstances when specific patterned injury is present, can one infer the causal mechanism. The description of the bruises in this case does not indicate any specific patterned imprint, and there are no accompanying photographs. The Complainant did not give any specific statement with any memory recall, as to the nature of each injury, in order to deem it consistent with a particular event.

   ███ reported the bruises on her wrists and chest appeared as if someone had grabbed her. However, she has no recollection of someone grabbing her. Keely stated the bruise on ███'s right wrist appeared as a "thumbprint," as if she was grabbed by "someone's hand or fingerprint." Keely did not witness someone's thumb, hand or finger to ███'s wrist and many blunt objects can cause oval, round or irregular shaped bruises. One cannot infer whether these bruises were or were not from a finger, hand, thumb or something else. One can only say a blunt object made impact with that body surface. (Note: It is my clinical practice to not infer the cause of a bruise with use of phrases such as, "grab mark," or "handprint." A statement from the person about the nature of each individual injury should be obtained and documented. When a statement is provided as to the nature of an injury, a trained clinician can only state whether the finding is consistent with the reported cause. In this case ███ had no memory of the alleged incident).

3. One cannot age-date a bruise based on its clinical presentation alone (Nash, 2009). There are many factors that contribute to the coloration and speed of healing of bruises. While it is known that bruises go through a natural progression of color change as they heal, the rate at which the healing occurs is case dependent. Factors such as amount of force, location of the bruise, medications in the person's system, age, nutritional status, etc., all factor into the appearance of bruises and speed of healing (Henry, 2013). There was no description of the color of the bruises in this case. There is no way to determine how new the bruises were.

   Other factors do support the general newness of an injury, such as fading of margins, tenderness to touch, and induration (firmness) of a bruise. Clinicians are able to assess and document these factors; however, the factors do not give rise to a specific date or time, they only imply whether an injury is relatively new or in the healing stage in general. No clinician assessed or documented the injuries.

4

4. Any impact to ░Roe░'s skin, be it by furniture, body parts, or other objects could have caused her bruising. ░Roe░'s bruises may have been caused by any one or a combination of the following:
   a. ░Doe░ reported ░Roe░ fell out of bed at some point in the night.
   b. ░Cadet DM░ reported ░Roe░ had fallen out of bed a few nights prior, and also reported ░Roe░ sustained bruising during PT. Any or all of the bruises may have been from a previous fall or PT.
   c. Consensual vs. Non-Consensual Sexual Contact
      i. The presence of bruising from sexual contact does not imply any certain degree of force that correlates with assault. It only implies impact to the body by a blunt object which can occur during consensual or non-consensual bodily contact.

The summary of the findings led the following opinions:

The causal mechanism of ░Roe░'s bruises cannot be determined. The age of ░Roe░'s injuries cannot be determined. There are no accompanying photographs and was no clinical assessment of her injuries to show the characteristic or degree of injury. There are also no statements provided by ░Roe░ as to the specific nature of each injury in order to deem it consistent with any particular incident. Thus, ░Roe░'s injuries could have been the result of a fall either a few days prior or the night of the alleged incident, a fall the night of the alleged incident, consensual sexual contact, or anything else such as PT.

References
Nash KR, Sheridan DJ. Can one accurately date a bruise? State of the science. J Forensic Nurs. 2009;5(1):31-7. doi: 10.1111/j.1939-3938.2009.01028.x. PMID: 19222687.

International Association of Forensic Nurses. (2013). Atlas of sexual violence. T. Henry (Ed.). St. Louis, MO: Mosby. International Association of Forensic Nurses.

If more information becomes available, I reserve the right to add supplement to my opinions or modify existing opinions.

Should you have any questions, please do not hesitate to contact me.

*AO MS MSN RN, SANE-A, SANE-P, AFNC*

Sincerely,

Amber O'Malley MSN, RN, SANE-A, SANE-P, AFN-C

VT-000358

VT-000359