# EXHIBIT 16
# UNDER SEAL

Transcript of First Title IX Hearing, June 24, 2024