# EXHIBIT 17
# UNDER SEAL

Formal Hearing Outcome I, August 1, 2024