# EXHIBIT 19

**From:** "Settle, Rohsaan" <rsettle@vt.edu>
**Sent:** Sunday, August 18, 2024 5:39 PM EDT
**To:** "2024348902+vt@efc.maxient.com" <2024348902+vt@efc.maxient.com>
**Subject:** FW: Appeal Deadline Extension
**Attachment(s):** ███Jane Roe███ Response Statement.docx   *17kb*

---

**From:** ████Jane Roe████ @vt.edu>
**Sent:** Friday, August 16, 2024 9:26 PM
**To:** Settle, Rohsaan <rsettle@vt.edu>
**Subject:** Re: Appeal Deadline Extension

Good Evening!

I apologize for the late email, however, I just arrived back in Blacksburg!

Attached is my response to Mr. ██John Doe██'s appeal.

If there is anything else needed from me, please let me know.

Very Respectfully,

███ Jane Roe ███
*Virginia Polytechnic Institute Class of 2025*
*Political Science| National Security and Foreign Affairs*
*Cell:* ██████████
**Email:** ██████ **@vt.edu**

---

**From:** Settle, Rohsaan <rsettle@vt.edu>
**Sent:** Monday, August 12, 2024 8:20 AM
**To:** ████ Jane Roe ████ @vt.edu>
**Cc:** Quasem, Fariha <Fariha.Quasem@wbd-us.com>; Polidoro, Katie <polidoro@vt.edu>
**Subject:** RE: Appeal Deadline Extension

Hi ██Roe██,

The respondent in your case has appealed.  Our Student Code of Conduct states, "When one party submits an appeal, the Office of Student Conduct will notify the other party and provide them with an opportunity to review the appeal and submit a written statement in response, which will be included in the appeal documentation."  This means that if you would like to submit a statement in response to his appeal, you may, but you are not required to. You have until **Noon on Saturday, August 17th** to review the following documents and provide a written response, if you wish:

1. the Written Appeal that the respondent submitted
2. a transcript of the Formal Hearing that the respondent submitted
3. the ██ Cadet DM ██ Statement to the VTPD that was shared after the final decision was delivered

Please consult your advisor if you have questions about a written statement in response to the submitted appeal. If you have further questions after that, please let me know.

After **Noon on Saturday, August 17th** I will send all of the materials to an Appellate Officer for them to begin their review.

I hope this helps. If you have additional questions, please let me know,
Ro

**Rohsaan Settle** | He/ Him/ His | **Interim Director for Student Conduct**
Virginia Tech | New Hall West, Suite 141
190 West Campus Drive (0428) | Blacksburg, VA 24061
(540) 231-3790 | rsettle@vt.edu | https://studentconduct.vt.edu/
*Individualization | Arranger | Strategic | Relator | Significance*

---

**From:** Settle, Rohsaan
**Sent:** Friday, August 9, 2024 12:39 PM
**To:** ████ Jane Roe ████ @vt.edu>
**Cc:** Quasem, Fariha <Fariha.Quasem@wbd-us.com>; Polidoro, Katie <polidoro@vt.edu>
**Subject:** Appeal Deadline Extension

Roe

I hope you are well.  Given my authority to consider extenuating circumstances for accepting appeals after the appeal deadline, and given the weather that has hit the east coast related to Tropical Storm Debby and the potential effects that it might have on your and the respondent's ability to meet that deadline, I am extending the appeal deadline to until 5pm on Saturday, August 10, and convey the same consideration to respondent.

Please let me know if you have any questions,
Ro

**Rohsaan Settle** | He/ Him/ His | **Interim Director for Student Conduct**
Virginia Tech | New Hall West, Suite 141
190 West Campus Drive (0428) | Blacksburg, VA 24061
(540) 231-3790 | rsettle@vt.edu | https://studentconduct.vt.edu/
*Individualization | Arranger | Strategic | Relator | Significance*

VT-000620