# EXHIBIT 20

Jane Roe

Response Statement to the Appeal by John Doe

Case Number  2024348901

To Whom it May Concern,

On August 1, 2024, John Doe was found responsible by Virginia Tech for Rape, following his deplorable actions done to me, Jane Roe, on September 17, 2023.  As the complainant in this case, I will extend the courtesy of brevity in response to Mr. Doe's appeal. Each entity involved in this case has access to copious amounts of files, police reports, hearing audio, and hearing transcripts, and therefore has access to the truth. I want to take this time to mull over what is at stake if Mr. Doe is allowed to return, and not expelled, to the campus of Virginia Tech, albeit in the year 2026.

The consequences of rape to the victim are devastating. The most prevalent psychological effects of rape are emotional trauma and paranoia. At times, the victim will exhibit symptoms of mental and emotional trauma through solitude and exclusion. They also develop a fear of mingling and socializing with strangers. These effects can last for the duration of the victim's lifetime. Virginia Tech preaches the motto "This is Home." Home is not solitude. Home is not a fear of fun and socializing. IF Virginia Tech truly believes "This is Home" they will do everything in their power to bar Mr. Doe from their campus.

Apart from making a victim feel remote and isolated, rape can also lead the victim to blame themselves for the assault. This is caused by the social stigma and shame that communities wrongly attribute to the victim. Victims are often put in situations and around individuals who in turn can accuse them of behavior deserving of the attack. Virginia Tech offers

VT-000614

a myriad of responses and resources, but with Mr. Doe on the campus, every woman he will harm will feel at fault. IF Virginia Tech truly believes "This is Home" they will do everything in their power to bar Mr. Doe from their campus.

The most striking effect that rape can produce in a victim is the thoughts or tendencies of committing suicide. Due to the trauma, self-pity, and seclusion, rape victims often feel that there is no longer hope and there is little way to recover. The effects of rape on a community or society will essentially revolve around the response the community makes. IF Virginia Tech truly believes "This is Home" they will do everything in their power to bar Mr. Doe from their campus to ensure no woman ever feels like this due to his ruthless actions.

The respondent bases his appeal on tangibles that can be proved and fallacies, such as the notion preferential treatment was given to the women who were interviewed and spoke. These reasons alone should be an indicator that the respondent's attempt at an appeal is just more malarkey used to mask his horrific actions. He continues to weave his tangled web of lies, false statements and purposefully omit and obscure details that further prove him to be a rapist.

Mr. Doe was found responsible for rape after an 8-hour-long hearing followed by nearly a month of deliberation by the hearing officers. I implore the individual tasked with presiding over this appeal to uphold the original decision and all disciplinary sanctions. I will continue to find every avenue that allows Mr. Doe to be found responsible for his actions and will do whatever I must to ensure that his sanctions remain in place, not only to ensure Mr. Doe understands the inhumane nature of his actions but to ensure the respondent, John Doe, is a no longer a direct threat to women across the Virginia Tech Campus.

VT-000615