# EXHIBIT 22
# UNDER SEAL

Transcript of Second Title IX Hearing,
September 20, 2024