# EXHIBIT 23
# UNDER SEAL

Formal Hearing Outcome II, October 4, 2024