# EXHIBIT 26

# Virginia Tech
## Gender Based Harassment and Violence Reporting Form
*Submitted on October 12, 2023 at 2:51:35 pm EDT*

Nature        **Sexual Assault**
Urgency        **I'm okay to wait a day or two**
Incident Date and Time        **2023-10-11 8:00 PM**
Incident Location        **Off campus**

<u>Reported by</u>
Name:        Pauline Poe
Title:
Email:        ████████@vt.edu
Phone        ████████
Address:        ████████████████
       **[UNAUTHENTICATED]**

<u>Questions</u>
Please provide a brief description of the incident you are reporting.
John Doe **- a sophomore cadet came to my house with a knife and raped me**

*Pending IR #00071222*
*Submitted from 216.106.142.65. No routing rule matched. Routed to default recipient (Lilly Murad, Title IX Case Manager).*