# EXHIBIT 27

**EMERGENCY PROTECTIVE ORDER**
Commonwealth of Virginia  Va. Code § 19.2-152.8

Court Case No. ..........

[X] General District Court   [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

Montgomery ..........

**ALLEGED VICTIM**

**DATE OF BIRTH OF ALLEGED VICTIM**

Pauline Poe

LAST                                    MIDDLE

V.

**RESPONDENT**

**RESPONDENT IDENTIFIERS** (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|---|---|-----|---|------|------|------|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | | | | | | | | |

John Doe

LAST                                    MIDDLE

SSN

Pearson Hall East
RESPONDENT'S ADDRESS/LOCATION

Blacksburg, VA 24061

| DRIVER'S LICENSE NO. | | STATE | EXP. |
|---|---|---|---|

[ ] CAUTION: Weapon Involved

**REQUEST FOR EMERGENCY PROTECTIVE ORDER**
To the individual requesting the order:  Please provide information on alleged victim and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM.

I, the undersigned, assert under oath that the alleged victim is being or has been subjected to an act of violence, force, or threat, specifically:
See Attached Complaint

Therefore, I respectfully request the [X] issuance [ ] extension of an emergency protective order. In the case of a request for extension, I certify that the person in need of protection is physically or mentally incapable of filing a petition pursuant to Virginia Code § 19.2-152.9 or 19.2-152.10.

Pauline Poe ..........                *See Original for Signature* ..........   10/26/2023
                                                                                    DATE
NAME AND AGENCY/RELATIONSHIP TO VICTIM          [X] ALLEGED VICTIM/PARENT/PERSON IN LOCO PARENTIS
(If law enforcement officer, include badge and code no.)   [ ] LAW ENFORCEMENT OFFICER

Subscribed and sworn to before me this day [X] in person [ ] by electronic communication

(If oath taken by electronic communication, print
or type name of judge or magistrate taking oath.)      10/26/2023 ..........      [ ] JUDGE      [X] MAGISTRATE
Robert Keller                                              DATE

**EMERGENCY PROTECTIVE ORDER**
Based on the above assertion and other evidence, I find that (if checked below):

[X] There is probable danger of a further act of violence, force, or threat being committed by the Respondent
against .......... Pauline Poe .......... the alleged victim; OR

[ ] A [ ] warrant [ ] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1.

It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:

[X] The Respondent shall not commit acts of violence, force, or threat or criminal offenses resulting in injury to person or property.

[X] In order to protect the safety of the alleged victim or the alleged victim's family or household members, the Respondent shall have no contact of any kind with .......... Pauline Poe ..........

[ ] except as follows: ..........

[ ] The Respondent is also prohibited from being in the physical presence of ..........

[ ] The alleged victim is granted possession of the companion animal described as .......... (NAME/TYPE)

[ ] It is further ordered that ..........

[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. Number of supplemental pages ..........

This Order is issued on .......... 10/26/2023 02:44 PM ..........        THIS ORDER EXPIRES ON .......... 10/30/2023 .......... at 11:59 p.m.
                                    DATE                                                              DATE

**RESPONDENT: SEE WARNINGS ON REVERSE**

(Print or type name of judge or magistrate if oral order
is reduced to writing by the law enforcement officer.)
Robert Keller                                              [ ] JUDGE      [X] MAGISTRATE

**VERIFICATION:** I have verified this order.      10/26/2023
EPO: 121GM2300011780                                DATE                    [ ] JUDGE   [X] MAGISTRATE
FORM DC-382 (FRONT) 07/16                        ..........RESPONDENT.......... Robert Keller

VT-000065

# THIS IS CONFIDENTIAL INFORMATION

**NON-DISCLOSURE ADDENDUM**
Commonwealth of Virginia

Case No. ..................................
EPO: 121GM2300011780

**[x] PROTECTIVE ORDER**
IN PROTECTIVE ORDER CASES, THIS INFORMATION SHALL NOT BE RELEASED EXCEPT BY COURT ORDER OR WHEN NECESSARY FOR USE BY LAW ENFORCEMENT.

**[ ] UCCJEA AFFIDAVIT**
IN CASES IN WHICH A UCCJEA AFFIDAVIT IS REQUIRED AND A PERSON REQUESTS THAT INFORMATION BE KEPT CONFIDENTIAL, THIS INFORMATION SHALL NOT BE RELEASED EXCEPT BY ORDER OF THE COURT.

**[ ] PETITION FOR SUPPORT   [ ] MOTION TO AMEND   [ ] MOTION FOR SHOW CAUSE**
IN SUPPORT CASES WHERE A PERSON REQUESTS THAT INFORMATION BE KEPT CONFIDENTIAL, THE INFORMATION SHOULD NOT BE RELEASED EXCEPT BY ORDER OF THE COURT.

**SHERIFF/PROCESS SERVER: THE INFORMATION CONTAINED IN THIS DOCUMENT IS CONFIDENTIAL AND MAY NOT BE DISCLOSED TO THE PARTIES OR TO THE PUBLIC.**

In re: ..................................................................
CHILD

v. ..................................................................

Pauline Poe

NAME AND ADDRESS OF PERSON WHOSE INFORMATION IS TO BE PROTECTED

..................................................................

HOME TELEPHONE NUMBER                    WORK TELEPHONE NUMBER

**PROTECTIVE ORDER CASES ONLY** Information for each protected person or each person requested to be protected.

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | RACE | SEX |
|---|---|---|---|
| Pauline Poe | | | |
| | | | |
| | | | |
| | | | |

**SUPPORT CASES ONLY** Va. Code § 20-60.3   Include this information for the person whose information is to be protected.

DCSE ID No. .................................. Driver's License No. and State: ..................................

Social Security No. .................................. Date of Birth: ..................................

**UCCJEA AFFIDAVIT USE ONLY** Va. Code § 20-146.20E

In addition to above, complete only the information that has been omitted from the DC-620, AFFIDAVIT form:

1. The child presently resides at: ..................................................................
   ADDRESS
   The child commenced residing there on .................................. and has resided there continuously to this date.
   DATE
2. The other places where and persons with whom this child has lived during the last five (5) years include:
   ..................................................................
   ..................................................................

3. I know of a person who is not already named as a party in this proceeding who has physical custody of this child or who claims to have custody or visitation rights with respect to the child. The name and address of that person is:
   ..................................................................
   ..................................................................

4. Anything else from the affidavit not contained above: ..................................................................
   ..................................................................
   ..................................................................

FORM DC-621 REVISED 07/08

VT-000066

Case No. ........................................

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT: | PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM) |
|---|---|

RESPONDENT:
Name: John Doe ████████

Address: ████████

Tel. No. ████████

[ ] PERSONAL SERVICE

Being unable to make personal service, a copy was delivered in the following manner.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

..........................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Not Found

A.C. Shanks #2837
SERVING OFFICER

10/26/23 for Blacksburg PD
DATE

15:46 DVT Police
TIME #2837

---

PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM)

Name: ..........................................................

[ ] PERSONAL SERVICE

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

..........................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Not Found

.......................................... for ..............................
DATE

..........................................
TIME

---

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

FORM DC-382 (MASTER, PAGE THREE OF THREE) 07/19

4

VT-000067



VT-000068



**Doe** and I matched on a dating app back in Spring 2023 around late January/early February. We talked for about 1-2 months and it ended during military ball season because he started talking to/dating the girl he took to the dance. For about a week he still tried reaching out to me, saying he's sorry for "screwing me over". Months later he ended stuff with her and tried contacting me again. I was hesitant to talk to him because of what happened before but I felt he was being remorseful of what happened. I tried giving him another chance but found out that he was doing it only to sleep with me so we stopped talking after that. Over the summer he tried contacting me again saying hes sorry and I told him I did not want him contacting me so I blocked him. Fast forward to september, he contacted me again via a dating app, saying to give him another chance because "he has changed". He sent me multiple messages over a week saying how he wanted a future with me and to fix everything and I believed him, that he changed. On October 11th we agreed to have a date night, cook dinner and watch a movie. He missed the bus so I picked him up around 8pm. We went back to my townhouse and I showed him around and my cats who were in my bedroom. Immediately he got on my bed and when I was turned around grabbed my face to kiss me. I was caught off guard and asked him if we could go downstairs to watch a movie. He said it was more comfortable in my bed upstairs and started pulling down my sheets and comforter trying to get into my bed. I told him I did not want him in my bed and that I wanted to watch a movie downstairs. He again said no and to get my computer so that we could watch a movie on it in my bed. I tried stalling by getting him water and saying my computer was dead downstairs, but he was persistent. I got my Mac and charger from downstairs. When I came back up he was getting his stuff from out of his pants pockets. He put his phone on my bedside table and took out a very big knife that looked like a switchblade. I asked him why he brought that to my house and he said nothing. I told him I was VERY uncomfortable with him bringing a weapon into my house and bedroom. I said this about 3 times and asked him multiple times to put it away. Instead of putting it away he opened it and started playing around with it in the air. I told him if he didnt put it away he would need to leave, he laughed at that and threw it back onto my table. I then told him I needed to get something from downstairs. Instead I panicked and went into my roommates room, speaking frantically saying multiple times that something is wrong and that I needed help and was going to be sick, I then walked out and sat outside her door and mentally prepared myself because I had no idea what was going to happen when I came back into my room. I was so scared and uncomfortable. We proceeded to pickout a movie and he started to grab me and makeout with me. He was starting to kiss me heavily, grinding on me and I said multiple times that I wanted to watch the movie. He then implied that if we did not have sex now, we would after the movie. I got very upset and said that I was mad that he was again just trying to have sex with me, he then told me he wanted to be with me and that it "wasnt just for sex". He started grabbing my boobs and trying to rub my vagina through my pants and underwear. He asked me to get undressed and I said we could just cuddle and watch the movie without our shirts on. We continued the movie and he started to spoon me. While spooning me he was aggressively dry humping me, trying to push himself into me with my pants still on. He kept grabbing me and put his hands into my pants, trying to put his fingers inside of me. He told me to take off my pants and I did so that they wouldn't get ruined. He then told me to get condoms saying that if we didn't have sex now, we would after the movie. I again told him this made me very uncomfortable and made me upset because I thought he was here for a real date. I was so scared with how he was acting and how he had a knife so I told myself it was just something I had to do and get over with. As soon as I got the condom he put it on and started to get more aggressive. He started choking, grabbing and hitting me abnormally hard. He hit me over a dozen times on the back and butt, starting to get into a hurtful, non sexual/non safe way. I asked if he could stop doing that and he did it 2 or 3 more times telling me I would "eventually like it". During this he nonconsensually stuck his fingers in my butt also, and when I told him to stop AGAIN he asked me why and told me if I let him that I would also eventually like it. After this I was in a lot of pain and felt so weak,

**Pauline Poe**



I didn't know what to do. I told him to stop. He was going so hard he broke the condom and immediately put another one on, throwing the broken used condom on my floor. I asked him again if we could stop because I was in a lot of pain and was very uncomfortable and instead of stopping he said "ill just go slower" and kept having sex with me. I told him to give me a second so I made him get off from on top of me. During this time I frantically texted 5 of my neighbors and my other 3 roommates that something was very wrong and I needed someone to come into my room and help me get Doe off of me and to leave. I dont know if he noticed my texts or not

but as soon as I was off my phone he pushed himself into me again and I was again telling him to stop. This is when my roommate frantically knocked on my door saying she needed my help,
I

put my clothes on and went into her room, telling her what just happened. Together we came up with a plan of why he had to leave. I did not want to tell him the real reason, especially since he had a very big knife and I didnt know what he was going to do. I told him he had to leave because a mutual friend needed help and I needed to drive my roommate to get to her. He told me to stay but I said I really needed to go help our "friend". I asked him if he could uber or use the bus to go back to campus. I did not trust him that he would actually leave our property so I drove him across the street to the bus. During this 2 minute drive, he asked me if everything was okay with him and I and told me that he wanted to make sure everything was okay because he had a sexual assault/rape case that was ongoing since August 2023 with a female in the Corps. I was shocked by this so i said everything was fine. As soon as I got home safe, I went into my roommates room telling her everything that happened, she told me we needed to go to the hospital ASAP. During this time I also asked Doe about his ongoing case.
This is how the conversation went. after this I blocked and reported him on everything, from instagram, snapchat to any dating app. My roommates and I then drove 30 minutes to Lewisgale in Radford for their forensic nursing program to get a rape kit. We were there from about 11PM to 7AM. Since 10/11/23 I have been in the hospital 2-3 more times with major back/kidney pain from him hitting me, and urine/vaginal pain from him again, hurting me so much. Doe has caused me so much physical pain to where I cant go a day without pain management meds, but also so much mental pain to where I feel so uncomfortable in my own house and especially on campus where I know he lives.

Pauline Poe

7

VT-000070