# EXHIBIT 28

**From:** Glass, Martha <mglass@vt.edu>
**Sent:** Thursday, November 02, 2023 9:39 AM EDT
**To:** Caldwell, Rebecca <rcaldwell@vt.edu>; Settle, Rohsaan <rsettle@vt.edu>
**CC:** Polidoro, Katie <polidoro@vt.edu>
**Subject:** RE: Risk Assessment Request for a Potential Interim Suspension/ Emergency Removal

Yes, please issue in interim suspension for this student.

Martha Glass, Ph.D. (she/her)
Assistant Vice President for Administration
Student Affairs
Virginia Tech
112  Burruss Hall
(540) 231-6272
*Connectedness | Individualization | Arranger | Context | Positivity*

---

**From:** Caldwell, Rebecca <rcaldwell@vt.edu>
**Sent:** Thursday, November 2, 2023 8:43 AM
**To:** Settle, Rohsaan <rsettle@vt.edu>; Glass, Martha <mglass@vt.edu>
**Cc:** Polidoro, Kathryn <polidoro@exchange.vt.edu>
**Subject:** Re: Risk Assessment Request for a Potential Interim Suspension/ Emergency Removal

Thank you, Ro. I am supportive of an interim housing suspension.
-Rebecca

Rebecca Caldwell, Ph.D.
Director, Residential Well-being
Virginia Tech

---

**From:** Settle, Rohsaan <rsettle@vt.edu>
**Sent:** Thursday, November 2, 2023 8:37:17 AM
**To:** Glass, Martha <mglass@vt.edu>; Caldwell, Rebecca <rcaldwell@vt.edu>
**Cc:** Polidoro, Kathryn <polidoro@exchange.vt.edu>
**Subject:** Fw: Risk Assessment Request for a Potential Interim Suspension/ Emergency Removal

Martha and Rebecca,

Lt. Cline is supportive of the interim measures, so I am requesting that you review this request to interimly suspend and support a housing revocation for John Doe based on the information that is provided below.

Please let me know if you have any questions,
Ro

---

**From:** Cline, Kendrah <kcline8@vt.edu>
**Sent:** Thursday, November 2, 2023 8:22 AM
**To:** Settle, Rohsaan <rsettle@vt.edu>
**Cc:** Polidoro, Kathryn <polidoro@exchange.vt.edu>
**Subject:** Re: Risk Assessment Request for a Potential Interim Suspension/ Emergency Removal

Ro and Katie,

I am supportive of interim measures based on the physical and verbal elements the respondent took during this incident to include choking, grabbing and hitting the survivor. As reported, she expressed her discomfort and request for the respondent to stop, and he did not. I have confirmed with Blacksburg PD that our process in no way interferes with theirs at this time. VTPD received an additional report of sexual violence involving this respondent yesterday. As of this morning, I am not seeing any additional records or reports involving the respondent in systems available to me.

Please let me know how my team can help.

Thanks,

**Kendrah Cline, Investigations Lieutenant**
Virginia Tech Police Department
540-231-1250 (Office) |540-605-0095 (Cell)
kcline8@vt.edu
www.police.vt.edu
joinonelove.org

---

VT-000024

**From:** Settle, Rohsaan <rsettle@vt.edu>
**Sent:** Wednesday, November 1, 2023 5:37 PM
**To:** Cline, Kendrah <kcline8@vt.edu>
**Cc:** Polidoro, Kathryn <polidoro@exchange.vt.edu>; Settle, Rohsaan <rsettle@vt.edu>
**Subject:** Risk Assessment Request for a Potential Interim Suspension/ Emergency Removal

Kendrah,

I recently received a report from Katie Polidoro that I would like to consider for Interim Suspension.  If you could complete a Risk Assessment of this incident, that would be helpful.  Highlights of the report included:

- The respondent has been identified as ██ John Doe ██. He is an on-campus student.
- The complainant has been identified as Pauline Poe. She is an off-campus student.

- The complainant and respondent were acquaintances (i.e. they matched on a dating app in Spring of 2023 and interacted/ communicated a few times)
- The complainant eventually blocked him and the respondent contacted her multiple times through the dating app, asking for another chance.
- On Oct. 11th they agreed to have a "Date Night".
- They met and planned to have dinner and watch a movie at her off-campus townhouse.
- While at her townhouse, he was insistent to watch the movie on her bed on her computer and not downstairs where she preferred.
- She later agreed and as he was emptying his pants pocket, he put "his phone down on [her] bedside table and took out a very big knife that looked like a switchblade".
- She asked why he brought it over and he did not answer. She stated that she "was VERY uncomfortable with him bring a weapon into [her] house and bedroom. [She] said this about three times and asked him multiple times to put it away.  Instead of putting it away he opened it and started playing around with it in the air. [She] told him if he didn't put it away he would need to leave, he laughed at that and threw it back onto [her] table."
- At some point later "he started to grab [her] and makeout with [her]." She stated on multiple occasions that she just wanted to watch the movie.
- At some point he was 'aggressively dry humping [her] and 'trying to put his fingers inside of [her]'.
- She told him that this made her uncomfortable.
- She was 'so scared with how he was acting and how he had the knife so [she] told [herself] it was just something [she] had to do and get over with.
- He put a condom on and it "started to get more aggressive".
- She states that 'he started choking, grabbing and hitting [her] abnormally hard. He hit [her] over a dozen times on the back and butt, starting to get into a hurtful, non sexual/ non safe way."
- She asked 'if he could stop doing that and he did it 2 or 3 more times telling [her] that [she] would 'eventually like it."
- She stated that he also digitally penetrated her anus with his fingers. She stated that she was in a lot of pain. She told him to stop and "he was going so hard he broke the condom and immediately put another one on".
- She said give me a second, and he got off of her. She texted her neighbors and roommates saying that she needed help. Her roommates knocked on her door and they came up with a plan for him to leave.
- She went to the hospital for a PERK exam.
- She has been to the hospital on several occasions since because she has had "major back/ kidney pain form him hitting [her], and urine/ vaginal pain from him again, hurting [her] so much. ██John Doe██ has caused [her] so much physical pain to where [she] cant go a day without pain management meds, but also so much mental pain."
- The respondent reported the incident the following day to law enforcement.
- Katie received the report last night from Blacksburg Police regarding ██John Doe██.
- The respondent also received an EPO and theyattended a hearing on Monday for the extension of the ECO. The order was extended.

- I have confirmed that the student had reported the alleged sexual assault to law enforcement and intends to file a formal complaint with TIX.
- I am also aware that the respondent is involved in another TIX investigation.

If you have any questions about what I have shared or need additional information, please let me know.

Thanks,
Ro


**Rohsaan Settle** | **Interim Director for Student Conduct**
Virginia Tech | New Hall West, Suite 141
190 West Campus Drive (0428) | Blacksburg, VA 24061
(540) 231-3790 | rsettle@vt.edu | https://fsl.vt.edu/
*Individualization | Arranger | Strategic | Relator | Significance*