# EXHIBIT 29



**Assistant Vice President for Student Affairs**
112 Burruss Hall
800 Drillfield Drive
Blacksburg, Virginia 24061
P: (540) 231-8069

November 2, 2023

**PERSONAL AND CONFIDENTIAL**

Dear John Doe

The university has received information from Title IX that includes allegations of your involvement in a violation(s) of university policy on or about October 11, 2023. Specifically, it is alleged that you engaged in misconduct that has resulted in an EPO. Based on those allegations, you have been **interimly suspended** from Virginia Tech. Per the Virginia Tech *Student Code of Conduct* and, more specifically, the Interim Suspension Policy, the university retains the authority to impose an interim (immediate) suspension if such action is necessary to preserve the safety of persons or property. Please read the attached interim suspension policy.

Upon your request, you will be afforded an interim suspension meeting and the opportunity to show why your continued presence on campus does not constitute a threat to yourself, others, or property. The interim suspension meeting is separate from a formal student conduct hearing. A formal student conduct hearing will be scheduled at a later date and notification will be sent to you under separate cover. If the Student Conduct Office receives additional information/reports regarding this incident, it will be shared with you as soon as possible.

To appeal this interim suspension, you must contact my office to request a meeting. I may appoint a designee to conduct the meeting on my behalf. At that meeting, you will be able to discuss whether or not you will be allowed to remain on campus as you wait for your student conduct hearing. To schedule a meeting, you can reach my Executive Assistant, Sandy Gautier via email at sgautier@vt.edu or via phone at (540) 231-8069.

Should you require an accommodation to participate in the meeting, please contact Services for Students with Disabilities (SSD) at (540) 231-3788 or ssd@vt.edu and submit your documentation to Ms. Gautier prior to your meeting.

Additionally, as a result of information received from Title IX regarding allegations of your involvement in a violation(s) of university policy and that you currently live on campus, **I am immediately removing your Housing** pending the outcome of your hearing with the Office of Student Conduct. Per the terms and conditions of our Housing and Dining contract, serious conduct violations can result in immediate loss of housing (section 15). Additionally, section 13 states, "Willful disregard for the rights, responsibilities, and duties of others, interfering with a staff member engaged in the performance of job duties (includes, but is not limited to, verbal abuse, intimidation, or use of physical force), as well as the creation of circumstances that could jeopardize life, limb, or property are unacceptable and may be cause for disciplinary action, interim suspension of occupancy pending administrative review of a situation, and or subsequent termination of the Housing/Dining contract."You will need to vacate your room upon receiving your interim suspension. **Your Hokie Passport access to UQHN Hall has also been suspended**. The professional staff-on-call will assist you and you will need to contact them at (540) 357-0750 to confirm

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY
*An equal opportunity, affirmative action institution*

**VT-000021**

the arrangements for vacating your room. They will meet with you at a mutually agreeable time to retrieve your items, and share campus resources. They may also coordinate a VTPD escort.Should you have any questions, you may contact me at my office (540) 231-6205 or through the professional staff in New Hall West. Other campus resources that I would like to share include the Dean of Students office (231- 3787), Virginia Tech Police Department (231-6411) and Cook Counseling (231-6557) for your reference.

Sincerely,

Martha Glass, Ph.D.

Assistant Vice President for Administration, Student Affairs

CC:

Frances Keene, Ph.d., Vice President of Student Affairs

Mark Sikes, Ph.D., Dean of Students

Shaka Sydnor, Associate Dean of Students

Rick Sparks, Jr., Associate Vice Provost and University Registrar

Kathryn Polidoro, Director of Title IX Compliance and Title IX Coordinator

Tony Haga, Deputy Chief of Police, VTPD

Kendrah Cline, Lieutenant for Investigations, VTPD

INTERIM SUSPENSION ADMIN

Rebecca Caldwell, Director, Residential Well-Being

Nickie Smith, Associate Director for Housing Services

Randy Fullhart, Commandant, Virginia Tech Corps of Cadets

Rohsaan Settle, Director of Fraternity and Sorority Life

Sandra Gautier, Executive Assistant, Student Affairs

Martha Glass, Assistant Vice President for Student Affairs

VT-000022



190 West Campus Drive
New Hall West, Suite 141
Blacksburg, Virginia 24061
P: (540) 231-3790 F: (540) 231-3437
studentconduct@vt.edu

# Interim Suspension Policy

The university retains the authority to impose an interim (immediate) suspension if such action is necessary to preserve the safety of persons or property. In this instance, the students will be afforded an interim suspension hearing and the opportunity to show why their continued presence on campus does not constitute a threat to themselves, others, or property. The interim suspension hearing is separate from a formal student conduct hearing. A formal student conduct hearing will be provided as soon as possible. Students may be interimly suspended from the university or selected campus facilities with proper notice. The following steps explain the procedure for imposing an interim suspension:

1. When a situation, as defined above, occurs, the responding university official contacts the Threat Assessment Team or the associate vice president for student affairs or his/her designee to assess the situation. If the situation is sufficiently serious, the Threat Assessment Team or the associate vice president for student affairs or his/her designee will determine if an interim suspension is appropriate.

2. The student will be sent an interim suspension letter immediately which states that the student is either suspended from the university and/or banned from all or selected campus residential facilities until a formal student conduct hearing can be convened. The chief of police will be contacted to determine if a ban from campus is needed. Upon receipt of the interim suspension, if the student is on campus or in university facilities, the student will be escorted out of the facility and/or off campus by a Virginia Tech Police Officer.

3. The student can immediately request an interim suspension review to be conducted by the associate vice president for student affairs or his/her designee. The interim suspension letter will contain instructions on how to request a review. Those present at the meeting may include the responding university official and other witnesses as deemed appropriate by the associate vice president for student affairs. During the review, the student will be given an opportunity to demonstrate why his or her continued presence on campus does not constitute a threat to themselves, others or property. As part of the review, the student may be required to submit to an immediate medical/psychological evaluation. The student will be evaluated by the director of the Cook Counseling Center or his/her designee.

4. The decision of the interim suspension review will be final. There will be no appeal. If the student does not request a review, the interim suspension and/or ban from campus residential facilities will remain in effect until the formal student conduct hearing is resolved.

5. Interim suspension information will be shared with Student Conduct. That office will schedule, as soon as possible, a formal student conduct hearing to determine the final consequences of the initiating behavior.