# EXHIBIT 30

 **Office for Equity and Accessibility**
220 Gilbert Street, Suite 5200 (0150)
Blacksburg, Virginia 24061

P: 540-231-2010
equityandaccess@vt.edu ▪ oea.vt.edu

November 6, 2023

John Doe
Sent electronically to ▮▮▮▮▮@vt.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024459902

John Doe

I have attached a document for you to review, but I wanted to take a moment to let you know I'm here if you have any questions or need anything.

Below is my contact information, please do not hesitate to reach out to me.

John Doe, please be aware there are resources and options available to you, I will be emailing you to follow up in the next few days.

Respectfully,

Deziree Twigger

Equity and Title IX Investigator

Virginia Tech | Equity and Accessibility

220 Gilbert Street, Suite 5200

Blacksburg, VA 24061

540-231-8899 | dtwigger@vt.edu

Dear Doe ,

The Office for Equity and Accessibility has received a complaint from Pauline Poe alleging your involvement in potential violations of the Student Code of Conduct. At Poe 's request and at the direction of the Office of Student Conduct, an investigation is being initiated into the matter. It is important to note that you have not been deemed responsible for any misconduct.  Rather, this letter notifies you of the complaint and begins a fair and thorough investigation into these allegations.  You have the right for an investigation and hearing to occur before any determination of a policy violation or sanction is issued. Below is a summary of the allegations being investigated. If additional allegations arise during the course of the investigation, you will receive notice and the opportunity to respond.

According to the complaint, Poe has alleged the following:

Poe reported that on the night of October 11, 2023, at approximately 8:00 P.M., Doe and Poe were at Poe 's residence at The Retreat in Blacksburg, VA. Poe reported that while in her bedroom Doe initiated sexual contact with Poe , including penetrating Poe 's vagina with his penis, and that Doe penetrated Poe 's anus with his finger. Poe reported that she was "scared with how he was acting and how he had a knife" and therefore could not provide consent to those actions. Poe reported that Doe "choked her, grabbed, and hit abnormally hard" several times. Poe reported that she verbally told Doe to "stop" multiple times, and Doe continued to have sexual intercourse with Poe .

Part of my job at Virginia Tech is to investigate complaints like this and to review with you what your role is in the investigation, as well as your options in the investigation process. I would like to schedule a meeting with you to discuss the matter and to go over processes and procedures. At this meeting, you are not required to give any statements- this meeting is to be sure that you understand the process and your rights. We can schedule additional meetings and interviews if you choose to participate in the investigation process.

Whenever we meet, you have the right to be accompanied by an advisor of your choosing. You are not required to utilize the Dean of Students office as your advisor, and you are free to bring any advisor/support person of your choosing to any meetings. If you do not have an advisor, we can have and advisor from the Dean of Student's Office in attendance for any phone calls or meetings. You are not required to utilize anyone from the Dean of Students' office as your advisor, and you are free to bring any advisor/support person of your choosing to any meetings at Virginia Tech.   After you receive this notification, the Dean of Student's office will send you outreach. If you would like to talk with anyone from their office prior to this, they can be reached at 540-231-3787 or at dean.students@vt.edu.

Before our meeting, I encourage you to read the Student Code of Conduct, which can be found here: https://codeofconduct.vt.edu/content/dam/codeofconduct_vt_edu/CodeofConduct-Fall23.pdf

Please let me know if you have any questions. You are not required to attend any meetings, but please be aware that the investigation will proceed regardless of your participation. This initial meeting is intended for the review your rights, answer any questions, and give an overview of the allegations.

Respectfully,

Deziree Twigger

Equity and Title IX Investigator

Virginia Tech | Equity and Accessibility

220 Gilbert Street, Suite 5200

Blacksburg, VA 24061

540-231-8899 | dtwigger@vt.edu

**JD-000003**