# EXHIBIT 31

**From:** Glass, Martha <mglass@vt.edu>
**Sent:** Tuesday, November 07, 2023 9:04 AM EST
**To:** <span style="background:black;color:white">John Doe</span> >
**CC:** Sydnor, Shaka <shaka@vt.edu>; Keene, Frances <fbabb@vt.edu>; Sikes, Mark <smsikes@vt.edu>; Sparks, Rick <rasparks@vt.edu>; Settle, Rohsaan <rsettle@vt.edu>; Polidoro, Katie <polidoro@vt.edu>; Hartman, Kristina <kjhart06@vt.edu>; Cline, Kendrah <kcline8@vt.edu>; Gautier, Sandy <sgautier@vt.edu>
**Subject:** Confidential: Interim Suspension Appeal for John Doe

Dear Doe

Thank you for meeting with me yesterday to discuss your interim suspension. After a careful review of the information you shared with me, your**interim suspension will remain in place**while you move through the student conduct process.

The Office of Student Conduct will contact you regarding next steps in the process.  In the meantime, if you have any questions, you can contact them by visiting their office in New Hall West (Suite 141), calling 540.231.3790, or emailing studentconduct@vt.edu.

I encourage you to remain connected with Shaka Sydnor in the Dean of Students office for support and assistance He is copied on this email and can   be reached at 540-231-3787.
Take care,
Martha Glass, Ph.D.
Martha Glass, Ph.D. (she/her)
Assistant Vice President for Administration
Student Affairs
Virginia Tech
112  Burruss Hall
(540) 231-6272
*Connectedness | Individualization | Arranger | Context | Positivity*

VT-000029