# EXHIBIT 32
# UNDER SEAL

Student Conduct Investigation Report, April 2, 2024