# EXHIBIT 33
# UNDER SEAL

Addendum I to Investigation Report, April 4, 2024