# EXHIBIT 34
# UNDER SEAL

Addendum II to Investigation Report, April 5, 2024