# EXHIBIT 35

 

## Re: Agenda for April 30 Meeting

| | |
|---|---|
| **From** | John Doe > |
| **Date** | Mon 5/6/2024 4:50 PM |
| **To** | Settle, Rohsaan <rsettle@vt.edu> |
| **Cc** | Hartman, Kristina <kjhart06@vt.edu>; Doe's Counsel > |

Mr. Settle:

Thank you (and Ms. Hartman) for meeting with my attorney and me on April 30 to discuss the procedures for the Student Conduct hearing scheduled for May 9. During the meeting, we discussed the questions that I emailed to you on April 29. I have set forth those questions below, and in parentheses following each question I have restated the answer that you provided. If I have not accurately set forth your answer,s please let me know).

Thank you,
John Doe

1. Page 2 of your April 26, 2024, letter states that I should expect any witnesses listed in the Investigation Report to attend the hearing. Will I be notified in advance of the hearing of which witnesses will attend the hearing, and if so, when will I be notified? I ask so that my lawyer can help me prepare to cross-examine the witnesses. *(**Answer**: You stated that the parties should notify you of their planned witnesses by May 8 and that you will let me know as soon as you are notified of any witnesses who will attend the hearing.)*

2. Page 1 of the Informational Document attached to your letter references a "referral." Why have I not been provided with a copy of the referral? Will I be provided with a copy of the referral before the hearing? If not, why not? *(**Answer**: You stated that the Investigation Report is the referral.)*

3. Page 2 of the Informational Document says two hearing officers will adjudicate the case. What happens if the hearing officers do not agree on the issue of responsibility for any particular charge? In other words, what happens if there is a tie vote on a charge? *(**Answer**: You stated that the hearing officers are required to reach a unanimous decision.)*

4. Page 2 of the Informational Document says the hearing officers are knowledgeable about "case precedent." What case precedent? Is that precedent available to the public? *(**Answer**: You stated that "precedent" refers to ranges of sanctions given for various types of cases in the past.)*

5. Page 2 of the Informational Document says, "Student Conduct works with multiple constituents to identify a date and time for all parties to be present for a formal hearing." Who are the "constituents" with whom Student Conduct has worked to schedule this hearing? *(**Answer**: You stated that you checked Pauline's academic schedule to ensure there was no conflict with that schedule and you checked the availability of the case investigator and the hearing officers).*

6. Have you confirmed that the Complainant is available to attend the hearing on May 9? I ask because my attorney plans to cancel a previously scheduled business trip in order to attend the hearing, but he does not want to cancel that trip until you have confirmed that the Complainant is not going to request to reschedule the hearing. *(**Answer**: You stated that you have scheduled a pre-hearing meeting with Pauline and that she has not given you any indication that she is unavailable on May 9.)*

JD-000061

7. If I plan to have witnesses testify at the hearing, can I simply forward the Zoom link to them, or will you provide them with a separate link?  *(**Answer**: You stated that I should forward the Zoom link to any witnesses I plan to have testify at the hearing.)*

8. Page 3 of the Informational Document says that parties are given the opportunity to "challenge the objectivity of the hearing officers if there are grounds to show the individual(s) is biased or has a conflict of interest."  Are parties given the opportunity to question the hearing officers to determine if there are issues of bias?  I do not know how a party can know if there are grounds to show bias if parties are not able to ask questions of the hearing officers designed to determine if there is bias.  *(**Answer**: You stated that if I have reason to believe a hearing officer Is biased I can raise that issue at the hearing.)*

9. Page 3 of the Informational Document says that parties should prepare "supporting documentation."  What does "supporting documentation" mean?  Does it mean that I can submit documents that are not already attached to the Investigation Report?  If yes, when do I submit those documents and to whom do I submit them?  And if the Complainant submits additional documents, when will I receive those documents? *(**Answer**: You stated that I can submit additional documents for the case and that if I have such documents I should submit them to you by May 8 and you will forward them to the hearing officers.  You also said you would provide me with any additional documents you receive from* Pauline *or anyone else as soon as you receive them.)*

10. Page 3 of the Informational Document says that parties should "identify and bring witnesses or witness statements, if needed, and notify the case coordinator of these individuals prior to the hearing."  If I plan to submit written witness statements, when should I submit them and to whom should I submit them?  If I plan to present live witnesses, will a specific time be scheduled for those witnesses to log onto the Zoom meeting, or should the witnesses be on "stand by" to log into the Zoom meeting whenever the hearing officers are ready to hear from them?  If the Complainant submits written witness statements, when will I receive those statements?  *(**Answer**: You stated that I should submit any written witness statement I have by May 8 and that you will send them to the hearing officers so they can read them before the hearing.  You said that if I have live witnesses I can tell them to log onto the Zoom link at 9:45 a.m..  You said that if you receive written witness statements from* Pauline *or anyone else you will send them to me as soon as you get them.)*

11. If this were a trial, my witnesses would testify via a question and answer format conducted by my lawyer or me.  How do witnesses testify in a Student Conduct hearing?  Do they just make a prepared statement and then answer any follow-up questions asked by the hearing officers and the parties?  *(**Answer**: You stated that witnesses can give prepared statements and then answer any follow-up questions.)*

12. Page 4 of the Informational Document (the "Components of a formal hearing" section) seems to indicate that all parties and witnesses present what would be called "direct examination" testimony before the first break, and then cross-examination of all parties and witnesses will be conducted after the first break.  Am I reading that correctly?  Such a process is unusual (cross-examination of a witness normally happens immediately after direct examination).  *(**Answer**: You stated that witnesses will give their statements and then immediately answer any follow-up questions.)*

13. Page 4 of the Informational Document (the "Components of a formal hearing" section) mentions "Closing Statements," but no definition of "closing statement" is provided.  In a trial, a "closing statement" is an argument as to what the party believes the evidence has shown.  Does "closing statement" mean the same in a Student Conduct hearing?  *(**Answer**: You stated that closing statements are the parties' final opportunity to give their thoughts to the hearing officers.  This sounds like a closing argument that summarizes the party's view of the evidence.  So that's what I will do in my closing statement.)*

JD-000062

14. Page 5 of the Informational Document states: "The haring [sic] officers will notify you of the outcome of the hearing in writing. You will also be notified once the decision is final." What is the difference between notification from the hearing officers and notification that the decision is final? *(**Answer**: You stated that the hearing officers will provide their decision, and there is no final decision until the appeal process is completed.)*

15. If a party files an appeal, will a copy of the appeal be provided to the other party? If yes, will the other party be given an opportunity to file a response to the appeal? If yes, what is the deadline to file a response? *(**Answer**: You stated that when an appeal is filed the other party is provided with a copy of the appeal and is given an opportunity to respond to the appeal. I cannot recall if you said what the response time is. But I will assume it is 7 days.)*

16. Page 5 of the Informational Document says that parties "may appeal their cases using forms provided by Student Conduct." If I file an appeal, am I required to use the form? My attorney would write my appeal, and he does not believe that an appeal can be argued adequately via a form. *(**Answer**: You stated there is a one-page form and that I can attach my written appeal to the form).*

17. When will I be provided with the audio recording of the hearing, and in what format will the recording be provided? *(**Answer**: You stated that I will be provided with a form by which I can request the recording and that we will work out a way that the recording can be provided to me).*

18. Will the hearing officers read the entire Investigation Report (including all evidence attached to the Report) before the hearing? *(**Answer**: You answered yes.)*

19. Is only one hearing officer responsible for ruling on evidentiary issues, or do they consult with one another any time there is an issue as to admissibility? *(**Answer**: You stated that both hearing officers make evidentiary rulings.)*

---

**From:** ████ John Doe ████
**Sent:** Monday, April 29, 2024 10:55 PM
**To:** Settle, Rohsaan <rsettle@vt.edu>
**Cc:** Hartman, Kristina <kjhart06@vt.edu>; ████ Doe's Counsel ████ >
**Subject:** Agenda for April 30 Meeting

Rohsaan:

In order to make the most efficient use of everyone's time at Tuesday's pre-hearing meeting, I am sending you several of my questions about the hearing process now so that you can review them before the meeting. Those questions are as follows:

20. Page 2 of your April 26, 2024, letter states that I should expect any witnesses listed in the Investigation Report to attend the hearing. Will I be notified in advance of the hearing of which witnesses will attend the hearing, and if so, when will I be notified? I ask so that my lawyer can help me prepare to cross-examine the witnesses.

21. Page 1 of the Informational Document attached to your letter references a "referral." Why have I not been provided with a copy of the referral? Will I be provided with a copy of the referral before the hearing? If not, why not?

22. Page 2 of the Informational Document says two hearing officers will adjudicate the case. What happens if the hearing officers do not agree on the issue of responsibility for any particular charge? In other words, what happens if there is a tie vote on a charge?

23. Page 2 of the Informational Document says the hearing officers are knowledgeable about "case precedent." What case precedent? Is that precedent available to the public?

JD-000063

24. Page 2 of the Informational Document says, "Student Conduct works with multiple constituents to identify a date and time for all parties to be present for a formal hearing." Who are the "constituents" with whom Student Conduct has worked to schedule this hearing?

25. Have you confirmed that the Complainant is available to attend the hearing on May 9? I ask because my attorney plans to cancel a previously scheduled business trip in order to attend the hearing, but he does not want to cancel that trip until you have confirmed that the Complainant is not going to request to reschedule the hearing.

26. If I plan to have witnesses testify at the hearing, can I simply forward the Zoom link to them, or will you provide them with a separate link?

27. Page 3 of the Informational Document says that parties are given the opportunity to "challenge the objectivity of the hearing officers if there are grounds to show the individual(s) is biased or has a conflict of interest." Are parties given the opportunity to question the hearing officers to determine if there are issues of bias? I do not know how a party can know if there are grounds to show bias if parties are not able to ask questions of the hearing officers designed to determine if there is bias.

28. Page 3 of the Informational Document says that parties should prepare "supporting documentation." What does "supporting documentation" mean? Does it mean that I can submit documents that are not already attached to the Investigation Report? If yes, when do I submit those documents and to whom do I submit them? And if the Complainant submits additional documents, when will I receive those documents?

29. Page 3 of the Informational Document says that parties should "identify and bring witnesses or witness statements, if needed, and notify the case coordinator of these individuals prior to the hearing." If I plan to submit written witness statements, when should I submit them and to whom should I submit them? If I plan to present live witnesses, will a specific time be scheduled for those witnesses to log onto the Zoom meeting, or should the witnesses be on "stand by" to log into the Zoom meeting whenever the hearing officers are ready to hear from them? If the Complainant submits written witness statements, when will I receive those statements?

30. If this were a trial, my witnesses would testify via a question and answer format conducted by my lawyer or me. How do witnesses testify in a Student Conduct hearing? Do they just make a prepared statement and then answer any follow-up questions asked by the hearing officers and the parties?

31. Page 4 of the Informational Document (the "Components of a formal hearing" section) seems to indicate that all parties and witnesses present what would be called "direct examination" testimony before the first break, and then cross-examination of all parties and witnesses will be conducted after the first break. Am I reading that correctly? Such a process is unusual (cross-examination of a witness normally happens immediately after direct examination).

32. Page 4 of the Informational Document (the "Components of a formal hearing" section) mentions "Closing Statements," but no definition of "closing statement" is provided. In a trial, a "closing statement" is an argument as to what the party believes the evidence has shown. Does "closing statement" mean the same in a Student Conduct hearing?

33. Page 5 of the Informational Document states: "The haring [sic] officers will notify you of the outcome of the hearing in writing. You will also be notified once the decision is final." What is the difference between notification from the hearing officers and notification that the decision is final?

34. If a party files an appeal, will a copy of the appeal be provided to the other party? If yes, will the other party be given an opportunity to file a response to the appeal? If yes, what is the deadline to file a response?

35. Page 5 of the Informational Document says that parties "may appeal their cases using forms provided by Student Conduct." If I file an appeal, am I required to use the form? My attorney would write my appeal, and he does not believe that an appeal can be argued adequately via a form.

JD-000064

36. When will I be provided with the audio recording of the hearing, and in what format will the recording be provided?
37. Will the hearing officers read the entire Investigation Report (including all evidence attached to the Report) before the hearing?
38. Is only one hearing officer responsible for ruling on evidentiary issues, or do they consult with one another any time there is an issue as to admissibility?

Thank you,
John Doe