# EXHIBIT 36

# October 11, 2023 Text Messages Between John Doe and Cadet SC

VT-000808

