# EXHIBIT 37

Amber O'Malley MSN, RN, SANE-A, SANE-P, AFN-C
O'Malley Forensic Nursing Services, PLLC
P.O. Box 755
Bentonville, AR. 72712

Virginia Tech Office of Student Conduct
190 West Campus Drive, Suite 141
Blacksburg, VA 24061

May 5, 2024

Dear Office of Student Conduct,

As requested by counsel for **John Doe**, I have reviewed Investigation Report 2024459901, Addendum to Investigation Report, Addendum II to Investigation Report, and two photographs of Poe (from the Investigation Report).

I have been asked to provide a witness statement as to what can and cannot be determined by the physical findings seen in the photos of Poe

The following is based on my 11 years of education, training and clinical practice experience as a Forensic Nurse Examiner, having seen nearly 800 patients reporting interpersonal violence. I routinely perform medical-forensic examinations which include detailed injury review, with written documentation and forensic photography. I am also a didactic SANE instructor, and teach on the subject of injury classification and terminology.

Photograph number one was reportedly taken by Poe herself, as she stated, "that's a picture of me waiting in triage at the hospital that night of the eleventh," (Transcript p. 23). The photo was taken roughly one and one-half hours after the alleged incident.

In photograph number one, there is generalized redness to the left face, left arm, and left chest of Poe There are many factors that can cause generalized reddening of the skin, and diffuse redness is not typically related to physical injury.

There is one linear red area to the left collarbone, which is markedly different than the generalized redness. It is unclear whether it is an injury from blunt force, or other redness such as pressure erythema. The finding is too distant to determine whether the finding is a scratch. A scratch is a superficial removal of the top layer of skin by a mechanical means by blunt force. It is not clear whether the finding is a contusion, or bruise, which is discoloration from the rupture of vessels under the skin by a blunt impact. If it was an injury from blunt force, such as a scratch or a bruise, it would still be present the next day. The area of linear redness is not shown in photo number two the next morning, as the area is covered by clothing.

1

It is possible the linear redness to the collarbone is pressure erythema. Pressure erythema is not injury. It is transient redness from pressure to the skin, which disappears once the pressure is released. An example of pressure erythema is redness to the shoulder from a bra strap. Once the pressure is released, the redness disappears. Trained examiners often press on the red area to assess for pain and blanching in order to differentiate bruising from pressure erythema. There is no way to determine whether the finding on the collarbone of Poe is an injury vs. pressure erythema.

Photograph number two was also reportedly taken by Poe herself, as she stated, "I'm taking a picture of my chest. As you can see there's redness on my neck all the way down to my chest. There was more redness that the shirt was covering," (Transcript p. 22). This photograph was reportedly taken the next morning, following the alleged incident.

In photograph number two, there are three areas of marked redness noted on Poe The irregularly shaped redness is noted to the anterior neck, anterior upper chest, and anterior mid chest. The areas of redness are not seen at those same locations in photograph number one. They are new in the photograph number two the next morning. If the areas of redness in photograph two are bruises, there would have been some discoloration present in those areas at the time photograph number one was taken. Bruises can take several hours to fully develop and become more well-defined in the days following. However, with blunt impact to the skin, the area will present with some pink or red discoloration immediately. Since the discoloration is new the morning after, it is unlikely to be bruising related to the alleged incident.

In general, the quality of the photographs is subpar. They are not close up. Areas of the skin are covered with clothing. There are various areas of redness in different anatomical locations at different points in time. No determination can be made as to whether the findings are physical injuries related to the alleged incident, or whether they are not.

It was also reported that Ms. OM "noticed the red marks on Ms. Poe 's neck and believed she had been assaulted…" This information is not useful in determining whether an assault took place as it is not known what exactly was seen, and whether the findings were injurious in nature.

I was also asked to discuss the general components of a medical-forensic sexual assault examination. The purpose of the medical-forensic examination is to provide immediate medical assessment, treatments and interventions to patients reporting assault, in a specialized manner preserving trace and biological forensic evidence, which could otherwise be compromised.

The first step is to gather a verbatim history of the assault. The patient explains in their own words what physically happened to their body. This information is used to guide the nurse's exam. Next the examiner performs a head-to-toe health assessment, collects vital signs and has the patient disrobe and don a gown. Clothing is collected and preserved as evidence. An alternate light source is shined onto the skin for detection of any potential biological fluids which may harbor DNA. Any and all physical injuries are documented, measured and

VT-000041

forensically photographed using high quality cameras, proper lighting, and skin rulers. Areas of the body which may contain DNA from biological fluid transfer (kissing, biting, etc.) are swabbed for evidence. A comprehensive and detailed anogenital examination is performed. The examiner swabs the anogenital areas for potential DNA, and assesses all structures for evidence of injury. Antibiotics are offered and provided to prevent Sexually Transmitted Infections. Emergency Contraception is offered and provided. Blood and urine is collected to test for Sexually Transmitted Infections and to test for substances in cases where a sexual assault may have been drug-facilitated. Safety planning is discussed and implemented. The patient is then discharged, and the evidence is securely sealed and stored following proper chain of custody requirements.

If more information becomes available, I reserve the right to add supplement to my opinions or modify existing opinions.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Amber O'Malley MSN, RN, SANE-A, SANE-P, AFN-C

3

**VT-000042**

**Curriculum Vitae**

# Amber J. O'Malley MSN, RN, SANE-A, SANE-P, AFN-C

P.O. Box 755 Bentonville, AR 72712
479-866-7294
amber@omalleyforensicnursing.com
Arkansas License #R078288

## FORMAL EDUCATION
**Master of Science in Nursing (MSN)**, February 2019
Grand Canyon University, Phoenix, AZ

**Bachelor of Science in Nursing (BSN)**, November 2014
Grand Canyon University, Phoenix, AZ

**Associate of Applied Science in Nursing (RN)**, May 2004
Gateway Community College, Phoenix, AZ

## LICENSURE
**Registered Nurse (19 years)** Arkansas State Board of Nursing, 2017-present
> (Arizona State Board of Nursing, 2013-2017; Arkansas State Board of Nursing, 2010-2011; Arizona State Board of Nursing, 2008-2010; Arkansas State Board of Nursing, 2006-2008; Arizona State Board of Nursing, 2004-2006)

## BOARD CERTIFICATIONS
**Advanced Forensic Nurse- Certified (AFN-C)**
Legal Systems/Forensic Science/Forensic Nursing
Academy of Forensic Nursing, 2022- present
Maintain 90 CE/3 years

**Sexual Assault Nurse Examiner- Pediatric (SANE-P)**
International Association of Forensic Nurses, 2019-present
Maintain 45 CE/3 years

**Sexual Assault Nurse Examiner- Adult/Adolescent (SANE-A)**
International Association of Forensic Nurses, 2015-present
Maintain 45 CE/3 years

## REGISTRATIONS
**Official U.S. Government Contractor/Vendor**
SAM.gov

## OVERALL EXPERIENCE
- **10 years in Forensic Nursing. Performed over 700 medical-forensic examinations** in the areas of: nonfatal strangulation in domestic and intimate partner violence; sexual assault; sexual abuse; child abuse; elder abuse; and suspect examination
  - Obtaining and documenting objective, health-focused assault/abuse histories

- o Focus on medical interventions such as STI prevention, pregnancy risk, and identification of medical conditions requiring specialty referrals
  - o Trauma-informed nursing assessment of the patient experiencing abuse
  - o Detailed anogenital examinations, use of colposcopy and other medical equipment and tools
  - o Interpretations of abusive and non-abusive anogenital findings (all ages)
    - ▪ Acute and non-acute findings, mimics of abuse, anatomical variants
  - o Strangulation specific head/neck assessments and medical forensic documentation
    - ▪ Understanding of the mechanisms and pathophysiology of strangulation of the neck
    - ▪ Understanding of the nature of strangulation injuries or lack thereof
  - o Physical injury identification and assessment with forensic documentation and forensic photography
  - o Forensic evidence collection, preservation and storage, legal chain of custody
  - o Post-assault medical treatment protocols
- **Experienced in court testimony and legal nurse consultation/expert witness services** (maintain a non-biased and objective focus while working with all counsel)
  **\*Complete lists available on request**
  - o **Testimony provided (22)**
    - ▪ Criminal Court – 11 (prosecution and defense)
    - ▪ Civil Court -1 (prosecution)
    - ▪ Juvenile Court-1 (attorney for DHS)
    - ▪ Title IX Investigation-1 (attorney for complainant)
    - ▪ Military Court Martial (defense, in-trial assistance)
    - ▪ Immigration Court- 1 (defense)
    - ▪ Depositions- 7
  - o **Case Consultations/Expert Services (56)** (All counsel)
- **Experienced nurse educator and developer of program initiatives** for involved partners. Development of SANE and Forensic Nurse programming and SANE trainings, SANE instructor, policy development, best practice implementation, nurse preceptorships. Work with and train multi-disciplinary teams to enhance the coordinated community response to those experiencing interpersonal violence.

## CURRENT WORK
**Sexual Assault Nurse Examiner/Forensic Nurse Examiner, RN, Independent Contractor for:**
**Children's Advocacy Centers of Benton County, November 2017-present**
**Children's Safety Center of Washington County, November 2017-present**
**NWA Center for Sexual Assault, November 2017-present**
Routinely provide medical forensic examinations and care for individuals reporting sexual assault, sexual abuse and strangulation. Contracted to provide services for 3 non-profit centers across 2 counties. Provide fact and expert testimony as needed. Regularly assist and participate in peer review, case review, and ongoing continuing education.

**Legal Nurse Consultant/Forensic Nurse Expert**
**Consultation, Training and Expert Witness Services**
**O'Malley Forensic Nursing Services, PLLC (Owner) 2019-present**
Routinely provide expert consultation for legal cases involving sexual abuse/assault and non-fatal strangulation in DV/IPV. Experience with all counsel to include records review, case consultation, technical reports and expert testimony. Provide expert testimony in a variety of court settings. Committed to maintaining neutrality and objectivity in practice and court testimony.

**CACs of Arkansas Network (CaCAR)**
**Statewide SANE-P Clinical Instructor/Preceptorship Educator/Coordinator**
Lead the statewide clinical SANE preceptorship program. Provide 1:1 clinical preceptorship intensives to new SANEs across Arkansas. Organize the onboarding of new nurses throughout the CAC of Arkansas network.

**University of Arkansas for Medical Sciences (UAMS) Pediatric/Adolescent/Adult SANE Training Team**
**Didactic Instructor**
2021-present,
Didactic Instructor, planner, developer

**Northwest Arkansas Forensic Nurses Pediatric/Adolescent/Adult SANE Training Team**
**Didactic Instructor**
2019-present
Instructor, planner, developer

WORKGROUPS/TASKFORCES
**Director at Large, Board of Directors**
**Arkansas Forensic Nursing Association (AFNA),** 12/2023- present
Direct the planning and implementation of statewide coordinated efforts for continuing education and engagement of SANEs across Arkansas, to include conferences, workshops, and newsletters. Engaged in statewide legislative initiatives and serve as the voice for Forensic Nurses across the state.

**Coordinator**
**Northwest Arkansas Strangulation Response,** 2019-present
Develop, implement, and evaluate the coordinated community response to local non-fatal strangulation cases across Benton and Washington County, and provide effective trainings, documentation tools, protocols, guidelines and resources for the nursing evaluation of the strangled patient.
Grant writer.

**Member/Contributor**
**Children's Advocacy Centers of Arkansas Network (CaCAR) Medical Sub-Committee** 2021-present
Contribute to best practices and evidence-based policies for implementation within the medical components of the CACs across the state.

**Chair**
**Community Onboarding Safety Awareness and Response (CoSAR) Project of NWA,** 10/2022-4/2024
Lead council for initiatives involving a large volume of community partners (first responders, medical personnel, non-profits, investigators, legal teams, and other public stakeholders) to collaborate on the coordinated community response and enhanced victim's services for Human Trafficking, Domestic Violence, Stalking and Sexual Assault across Benton and Washington Counties, Arkansas.

PAST WORK
**NWA Forensic Nurse Team, Interim Regional SANE Coordinator RN**
Oversight of the SANE program in Northwest Arkansas 12/2019-6/2020

**Forensic Nurse Examiner RN, Honor Health System**
Scottsdale, AZ, 2013-2017

VT-000045

**Wound Care and Family practice RN, Mercy Health System**
Northwest Arkansas, 2007-2011 (intermittent)

**Cardiac Telemetry, Progressive Care Unit RN, Banner Health System**
Phoenix, AZ 2004-2010 (intermittent)

**Pediatrics, Family Practice, Internal Medicine, Dermatology,** Medical Assistant
Phoenix, AZ and surrounding 1997-2004

**Long Term Care and Assisted Living,** Certified Nursing Assistant
Phoenix, AZ 1996-1997
Terry, MT 1994-1996

**PROFESSIONAL MEMBERSHIPS**
American Academy of Forensic Sciences, 3/2023- present

Arkansas Forensic Nursing Association, 4/2022- present

Academy of Forensic Nurses, 2018-present

International Association of Forensic Nurses, 2014-present

American Nurses' Association, 2018

American College of Forensic Examiners' Institute, 2017

**AWARDS**
Meritorious Service Award, Scottsdale Police Department, September 20, 2016

**BOOK REVIEWS**
*Practical Aspects of Rape Investigation, Sixth Edition,* by Dr. Ann Burgess. Review for Book Proposal,
CRC Press/Taylor & Francis.

*Domestic Violence and Nonfatal Strangulation Assessment for Health Care Providers and First
Responders, Forensic Learning Series,* Faugno et. Al., 2020, STM Learning. Book Review.

**GRANT WRITING**
*Improving Criminal Justice Response (ICJR),* Office on Violence Against Women (OVW), United States
Department of Justice, March-April 2023, in partnership with the Arkansas Coalition Against Domestic
Violence (ACADV), Little Rock, Arkansas.

**EDUCATIONAL PRESENTATIONS & LECTURES GIVEN, AND CLINICAL INSTRUCTION PROVIDED:**
*64-hour Adult/Adolescent/Pediatric SANE Training*, Author/Instructor/Planner. University of Arkansas for
Medical Sciences and NWA Forensic Nurse Team, Little Rock, Arkansas, April 1-5 & 6-8, Little Rock, AR.
Lectures included: Medical Forensic Histories; Injury Identification, Terminology & Documentation;
Forensic Photography; Nonfatal Strangulation in Intimate and Domestic Partner Violence; Defensible

Medical-Forensic Documentation; Case Study adult & pediatric; Suspect Exams; PREA; Anogenital Exam Techniques, Findings & Evidence Collection (video reviews); Mock Testimony; Legal Consideration and Judicial Proceedings from the Nursing Prospective

*Survived Strangulation of the Neck: Recognition and Emergency Management of Underlying Injuries*, NWA Fire/EMS Conference and Expo, Rogers Convention Center, Rogers, AR, March 15, 2024.

*Forensic Nursing Overview* Eleanor Mann School of Nursing, University of Arkansas, 9/12/2023.

*64-hour Adult/Adolescent/Pediatric SANE Training,* Author/Instructor/Planner. University of Arkansas for Medical Science in collaboration with the NWA Forensic Nurse Team, Little Rock, Arkansas, 8/21/2023-8/30/2023. Lectures included: Medical-Forensic Histories; Injury Identification & Terminology; Forensic Photography; Nonfatal Intimate Partner Strangulation; Defensible Medical-Forensic Documentation; Strangulation Case Study; Suspect Exams; Prison Rape Elimination Act and Prison Rape Cases; Sexual Abuse and Assault Anogenital Examinations- case reviews; Legal Considerations and Judicial Proceedings from the Nursing Perspective; Mock Testimony.

*Two -Day SANE Clinical Skills Lab- Instructor,* UAMS Tele-SANE program in partnership with NWA Forensic Nurses, at University of Arkansas for Medical Sciences, Little Rock, AR, 6/27-28/2023. (Genital Anatomy and Examination Techniques & Tools, Forensic Evidence Collection, Forensic Photography and Injury Review, Medical Forensic Documentation and Best Practices for the MFE).

*64-hour Adult/Adolescent/Pediatric SANE Training*, Author/Instructor/Planner. University of Arkansas for Medical Sciences and NWA Forensic Nurse Team, Little Rock, Arkansas, April 17-26, 2023. (Medical forensic history taking, defensible medico-legal documentation, injury terminology and forensic photography, NFS, suspect exams, PREA/prison cases, suspect care, genital anatomy).

*Two -Day SANE Clinical Skills Lab- Instructor,* UAMS Tele-SANE program in partnership with NWA Forensic Nurses, at University of Arkansas for Medical Sciences, Little Rock, AR, 2/21-22/2023. (Genital Anatomy and Examination Techniques & Tools, Forensic Evidence Collection, Forensic Photography and Injury Review, Medical Forensic Documentation and Best Practices for the MFE).

*Hymenal Transections and Notches; A Classifications Review,* Arkansas PSANE Collaborative, web- based, 1/12/2023.

*Non-Fatal Strangulation for First Responders & Law Enforcement,* Arkansas State Police, Lowell, Arkansas, 10/20/2022.

*Non-Fatal Strangulation for First Responders & Law Enforcement,* West Fork Police Department, West Fork, Arkansas, 9/27/2022.

*Non-Fatal Strangulation: Knowledge for Healthcare Providers,* Arkansas Forensic Nurses' Association, web based, 8/9/2022

*Pediatric Non-fatal Strangulation: A Pilot Program,* SHIPS Medical Network Conference, UAMS Team for Children at Risk, Little Rock, Arkansas 5/6/2022.

*64-hour Adult/Adolescent/Pediatric SANE Training*, Author/Instructor/Planner. University of Arkansas for Medical Sciences and NWA Forensic Nurse Team, Little Rock, Arkansas, April 4-13, 2022. (Medical forensic history taking, defensible medico-legal documentation, injury terminology and forensic photography, NFS, suspect exams, PREA/prison cases, suspect care, genital anatomy).

*64-hour Adult/Adolescent/Pediatric SANE Training,* Author/Instructor/Planner. University of Arkansas for Medical Sciences and NWA Forensic Nurse Team, Little Rock, Arkansas, October 4-13, 2021. (Medical forensic history taking, defensible medico-legal documentation, injury terminology and forensic photography, NFS, suspect exams, PREA/prison cases, suspect care, genital anatomy, court process and legal proceedings for SANEs).

*64-hour Adult/Adolescent/Pediatric SANE Training,* Author/Instructor/Planner.
NWA Forensic Nurse Team, Rogers, AR, March 1-10, 2021. (Medical forensic history taking, defensible medico-legal documentation, injury terminology and forensic photography, NFS, suspect exams, PREA/prison cases, suspect care, genital anatomy, court process and legal proceeding for SANEs).

*Non-Fatal Strangulation,* Washington County Prosecutor's Office, Springdale, AR, October, 2020

*64- hour Adult/Adolescent/Pediatric SANE Training* Author/Instructor/Planner.
NWA Forensic Nurse Team, Rogers, AR, June 1-10, 2020. (Medical forensic history taking, defensible medico-legal documentation, injury terminology and forensic photography, NFS, suspect exams, PREA/prison cases, suspect care, genital anatomy, court process and legal proceeding for SANEs).

*Non-Fatal Strangulation in Intimate and Domestic Partner Violence,* Springdale Police Department (CID), Springdale, Arkansas, June 12, 2019

*Non-Fatal Strangulation and Traumatic Brain Injuries in Intimate Partner/Domestic Violence: What Caregivers Need to Know,* Peace at Home Women's Shelter, Springdale, Arkansas, May 16, 2019

*Strangulation Education in the Emergency Department: Identification of Life-Threatening Injuries,* poster presentation. Arkansas Nursing Research Alliance. CHI St. Vincent, Little Rock, Arkansas. November 8, 2018.

*Non-Fatal Strangulation, Injury Documentation & Forensic Photography*, SANE-A training, Northwest Arkansas Forensic Nurses. Benton County CAC. October, 19, 2018.

*Non-Fatal Strangulation,* Washington County Children's Safety Center MDT. May, 2018.

*Non-Fatal Strangulation, Injury Documentation, & Forensic Photography* SANE-A training presentation, Arkansas Coalition Against Sexual Assault and Domestic Violence (ACASA). UAMS, Fayetteville, Arkansas. March, 2018.

**CONTINUING EDUCATION**
Ongoing bimonthly sexual abuse Case Review with the Child Abuse Pediatricians/Team for Children at Risk, *University of Arkansas for Medical Sciences at Arkansas Children's Hospital, Little Rock.*

17.0 hours*, International Conference on Forensic Nursing Science and Practice,* Phoenix, AZ, Sept 27-30, 2023. (Effective MDT responses to the Spiritual Impact of Child Abuse; When a Bruise is not a Bruise and a Cut is not a Cut; Patient Care Utilizing the National Protocol for Intimate Partner Violence Medical Forensic Exams; Writing for the Journal of Forensic Nursing; Creating a Preceptor Development Course to Standardize Training of Prospective SANEs; The Relevance and role of FN Associations; Can One Accurately Date a Bruise in Clinical Practice- a literature update; The Intersection of Queer Youth and Human Trafficking; TeleSANE in Arkansas; The Business of Consulting; The American Nurse Stories of Life- Changing Impact)

25.0 hours, *Advanced Course on Strangulation Prevention,* Training Institute on Strangulation Prevention, March, 2023, web-based.

8.0 hours, *A Focus on Pediatric Strangulation,* Training Institute on Strangulation Prevention, 3/2/2023, web-based.

0.5 hours, *SHIPS CE log- Hymenal Findings and CAC referrals*, Support for Health Involved Professionals in Safety Centers, 1/24/2023, web-based.

7.25 hours, *Arkansas Forensic Nursing Conference,* Hot Springs, Arkansas. Forensic nursing past/present/future; Hospital referrals/ED protocols; Adolescent patients; History taking; STI prevention and treatment; Evidence collection.

11.50 hours, *International Conference on Forensic Nursing Science and Practice,* Dallas, Texas, 9/28/2022-10/1/2022. Sextortion, Forensic Nursing Research Contribution, Evidence Collection Parameters, Strangulation, Professional Grief in Forensic Nursing, Boundaries of Court Testimony.

3.0 hours, *Forensic Photography workshop,* Bentonville Police Department Crime Scene Specialist, Bentonville, AR, 8/18/22

1.25 hours, *Injury Assessment, Patterns and Documentation,* AFN, web-based, 7/12/2022

1.0 hours *Bruising in a toddler- Lessons Learned and a Clinical Decision Rule (Ten-4-Facesp),* Arkansas Children's, 6/3/2022.

8.0 hours- *SHIPS Medical Network Conference,* UAMS Team for Children at Risk, Little Rock, Arkansas, 5/6/2022, evaluation of Child Sexual Abuse for the PSANE.

6.5 hours, *Legal 101, Academy of Forensic Nursing,* 2/2022, web based.

40.25 hours-*International Conference on Forensic Nursing Science,* IAFN, virtual, 10/1-30/2021. Research and Practice Content.

19.0 hours- *IAFN Continuing Ed, Online Learning Center,* 10/1-10/25/2021*,* Dating app Facilitated Sex Assaults, Interpreting Toxicology and Drug Facilitated Sexual Assaults, Prison Rape Elimination Act Case Studies, Forensic Nursing Science Research, Trauma Informed Care of Sex and Labor Trafficking Victims, Payment for MFEs, Privacy and Confidentiality of Campus Assault Patients.

**VT-000049**

8.0 hours- *SHIPS Medical Network Conference,* UAMS Team for Children at Risk**,** Little Rock, Arkansas, 4/29-30/2021, evaluation of Child Sexual Abuse examinations for the PSANE.

5.0 hours- *Forensic Nursing Responses to the Epidemic of Strangulation,* Academy of Forensic Nurses, web based, 5/5-8/2021.

6.0 hours- *Criminal Case Consulting, Defensible Documentation & Ethical Expert Testimony*, Academy of Forensic Nurses, web based, 4/30/21-5/4/21.

1.5 hours- *What We Learned in 2020: Updates from the Training Institute on Strangulation Prevention,* web based, 3/1/2021.

2.0 hours- *Pediatric Strangulation,* IAFN, web based, 3/1/2021.

8.0 hours- *SHIPS Medical Network Conference,* Team for Children at Risk, UAMS, Little Rock, Arkansas, May 1, 2020. evaluation of Child Sexual Abuse examinations for the PSANE

8.0 hours- *SHIPS Medical Network Conference*, 8 Team for Children at Risk, UAMS, Little Rock, Arkansas, April 26-27, 2019. evaluation of Child Sexual Abuse examinations for the PSANE

8.0 hours- Arkansas Nursing Research Alliance, *Evidence-Based Practice Forum 2018: Translating Research into Practice.* CHI St. Vincent, Little Rock, Arkansas. November 8, 2018.

24.0 hours- Academy of Forensic Nurses Inaugural Conference, *Leveraging the Role of the Forensic Nurse,* Las Vegas, NV, October 2-3, 2018.

1.5 hours- Strangulation Training Institute, *Handling Strangulation Cases on the Front Lines, 2 training hours,* web-based, August 28, 2018

1.5 hours- International Association of Forensic Nurses SAFE-ta, *Differential Diagnosis in Pediatric Sexual Assault,* web-based, July 2018

8.0 hours- University of Arkansas for Medical Sciences, *SHIPS 2018 Medical Conference*, May 4-5, 2018

1.5 hours- The Strangulation Training Institute, *Pediatric Strangulation Part 1, Pediatric Strangulation Part 2,* web based, February 21-22, 2018

43 hours- Sexual Assault Nurse Examiner, Pediatric/Adolescent Didactic and Clinical International Association of Forensic Nurses, October 2017

1.5 hours- Arizona Trauma Association's Southwest Trauma & Acute Care Symposium, Bill Smock, M.D., *Recommendations for the Medical/Radiographic Evaluation of Acute Adult, Non-fatal Strangulation,* Scottsdale, Arizona, November, 2016

1.5 hours- Arizona Trauma Association Southwest Trauma & Acute Care Symposium, Bill Smock, M.D., *Forensic Evaluation of Gunshot Wounds,* Scottsdale, AZ, November, 2016

24.0 hours- Arizona Coalition to End Sexual and Domestic Violence, *Reframing Our Movement Conference,* Phoenix, AZ, September 14-16, 2016

1.5 hours- International Association of Forensic Nurses and SAFE-ta, *Title IX for Forensic Nurses,* web based, September 7, 2016

1.5 hours- Training Institute on Strangulation Prevention, *Strangulation: What We Have Learned in 2015*, web based, December 14, 2015

24 hours- Domestic Violence Examiner Didactic, International Association of Forensic Nurses, December 2015

1.0 hours- Professional Nursing Education, HonorHealth, *Compassion Fatigue,* July 8, 2015 The Center for Disease Control, *Emerging Issues in Sexually Transmitted*

*1.5 hours- Diseases: 2015 STD Treatment Guidelines,* web based, June 22, 2015 IAFN, *International Conference on Forensic Nursing Science and Practice,* Phoenix, AZ, October 22-25, 2014

1.5 hours- The National Center for Victims of Crime, *Learning to Work with Commercially Sexually Exploited and Domestically Trafficked Youth,* web based, September 9, 2014

1.5 hours- The National Family Justice Center Alliance, *Strangulation in the Pediatric Population,* web based, July, 2014

24.0 hours- *International Conference on Forensic Nursing Science,* Phoenix, AZ, 2013.

40 hours- Sexual Assault Nurse Examiner, Adult/Adolescent Didactic and Clinical HonorHealth, Scottsdale, AZ, September 2013

May 8, 2024

This is an addendum to the original OMalley Report dated May 5, 2024.

Today I was provided with and reviewed two additional photographs of **Poe** taken by the Forensic Nurse Examiner during the Medical Forensic Examination which occurred sometime between 11:00 p.m. and 7:00 a.m. on 10/11-12/2023.

Included was one photograph of **Poe**.'s right arm and one photograph of **Poe**'s neck and chest area. I see no clinical findings in the photograph of the arm, so it will not be discussed here.

I have incorporated the newest neck/chest photograph into a series of former pictures (shown below) for purposes of comparison. They are labeled #1, #2, and #3, and include a heading as to the timeframe of capture.

My interpretation is as follows:

1.  Photograph #2 is a filtered photograph. When a Forensic Nurse sees a faint area of discoloration with their naked eye, they may choose to use a filter on their camera (if it is a high-quality forensic camera) to highlight the area of subclinical discoloration. This is often a forensic green filter. Photograph #2 appears to be filtered as there is notable yellowing to the shoulders, blue hues to the front of the neck, along the right jawline and down the right side of the neck. These shadows and intensely-colored hues indicate the use of a green filter, or similar forensic filter.

    When a Forensic Nurse chooses to utilize a filter, it is imperative they also include the accompanying original unfiltered photograph for objectivity and in order to not over-emphasis the coloration of a finding. The cherry red discoloration seen in the filtered photograph #2 is not accompanied by the original un-filtered forensic photograph, so it appears deeper in color than it was with the naked eye.

1

The Forensic Nurse should also be able to describe the science behind how the filter is used as an adjunct tool to enhance discoloration under the skin. Because the Forensic Nurse is trained and qualified to identify, forensically photograph and classify the injury, it is important that they testify to the photograph they took to include the accompanying written description of the finding. No written description is provided.

The cherry red discoloration seen in the filtered photograph #2 is not seen in photo #1 while Poe was in triage, nor the next morning in Poe's self-photo. It is unclear how it was present only for a short time (refer to original report regarding pressure erythema vs. bruising).

2.  The curvilinear red mark noted to the left collarbone in photo #1 is not present on the new photograph #2. It was present in hospital triage, but was resolved by the time of the forensic exam. The area was covered by clothing the next morning in photograph #3. Bruises do not resolve that quickly, while pressure erythema does (refer to original report regarding pressure erythema vs. bruising).

3.  The redness to the mid chest area in photograph #3 the following morning (after discharge from the hospital) is not seen in the new photo #2 and also not seen in photo #1 while in triage. It is a new mark the next morning. As was stated in the initial report, injury usually presents with some faint discoloration right away and deepens in color over hours. This finding is new and faint the following morning, which is not consistent with a bruise.

4.  Overall, the areas of redness appear at different anatomical locations at different times over the course of several hours. None of the redness is confirmed bruising or injurious in nature.

2

**VT-000078**

Photo #1.
Self-taken less than 3 hours post-assault (while in hospital triage area).



**VT-000079**

Photo #2.
Taken 3-11 hours post- assault (by the Forensic Nurse during the Medical-Forensic
Exam, sometime between 11pm and 7am).



VT-000080

Photo #3.
Self-taken more than 11 hours post-assault (while at home after discharge from the hospital).



VT-000081

If more information becomes available, I reserve the right to add supplement to my opinions or modify existing opinions.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Amber O'Malley MSN, RN, SANE-A, SANE-P, AFN-C

6