# EXHIBIT 38
# UNDER SEAL

Transcript of Student Conduct Hearing, May 9, 2024