# EXHIBIT 39

 **Outlook**

## Fwd: PD-2024-9 - Blacksburg Police Records Request

**From** Katie Turk <kturklaw@gmail.com>

**Date** Mon 5/13/2024 3:42 PM

**To** <span style="background:black;color:white">Doe's counsel</span> < ███████████████ >

**Katherine A. Turk, Attorney at Law**
Turk & Turk, P.C.
1007 E. Main Street
Radford, Virginia 24141
Cell: 540.808.5961
Office: 540.639.9056 ext. 6
Email: kturklaw@gmail.com
turkandturklaw.com

---------- Forwarded message ---------
From: **Audrey Gray (Blacksburg, VA)** <BlacksburgVA@request.justfoia.com>
Date: Mon, May 13, 2024 at 3:41 PM
Subject: PD-2024-9 - Blacksburg Police Records Request
To: <kturklaw@gmail.com>

Katherine Turk,

I am writing in response to your Freedom of Information Act request dated 4/26/2024.

In our previous response, we stated that we were "trying to determine if any other responsive records exist for ██ Pauline Poe ██."

There is a two page record for a call for service related to Ms. ██ Poe ██ on 11/05/2023. However, it is being withheld as a non-criminal records that contains "identifying information of a personal, medical, or financial nature where the release of such information would jeopardize the safety or privacy of any person." **Virginia Code § 2.2-3706 (D).**

Thank you,

JD-000067



Blacksburg Police Department
200 Clay Street SE
Blacksburg, Virginia 24060
bpdfoia@blacksburg.gov
(540) 443 - 1400

------------------------------------------------------------------------------------------------------------------------------

*Powered by*

JF JustFOIA

JD-000068