# EXHIBIT 40
# UNDER SEAL

Formal Hearing Outcome, May 31, 2024