# EXHIBIT 42

**From:** "Settle, Rohsaan" <rsettle@vt.edu>
**Sent:** Thursday, June 13, 2024 2:10 PM EDT
**To:** "2024459902+vt@efc.maxient.com" <2024459902+vt@efc.maxient.com>
**Subject:** FW: Appeal
**Attachment(s):**

---

**From:** <span style="background:black;color:white">John Doe</span>
**Sent:** Tuesday, June 11, 2024 10:44 PM
**To:** Settle, Rohsaan <rsettle@vt.edu>
**Cc:** Hartman, Kristina <kjhart06@vt.edu>; <span style="background:black;color:white">Doe's Counsel</span> ; <span style="background:black;color:white">John Doe</span>
**Subject:** Re: Appeal

Mr. Settle:

Thank you.  We noticed a few typos in the appellate brief that we sent to you yesterday.  I have attached a corrected version, along with a redline version that shows the corrections.  I would appreciate it if you would provide both to <span style="background:black;color:white">Pauline Poe</span> and then provide the corrected (clean) version to the appellate officer.  Of course, you should give <span style="background:black;color:white">Pauline Poe</span> an extra day to submit any response.  If <span style="background:black;color:white">Pauline Poe</span> does submit a response, please send a copy of her response to me.

Finally, based on your email, It appears that you will provide the transcript of the Student Conduct Hearing to the appellate officer.  Please let me know if I am correct about that.

Sincerely,
<span style="background:black;color:white">John Doe</span>

On Tue, Jun 11, 2024 at 12:17 PM Settle, Rohsaan <rsettle@vt.edu> wrote:

<span style="background:black;color:white">John Doe</span>,

Thanks for the follow-up. I am in receipt of your appeal form and appeal response. Thank you!

Our Student Code of Conduct states, "When one party submits an appeal, the Office of Student Conduct will notify the other party and provide them with an opportunity to review the appeal and submit a written statement in response, which will be included in the appeal documentation."

The complainant did not appeal, so there is nothing for you to review.  Since you appealed, I will be providing her a copy of your appeal and the transcript of the Formal Hearing that you sent to you a few weeks ago.  She will have until **Sunday at 5pm** to review the appeal and submit a written statement in response if she wishes. After that point, I will forward the case and appeal materials to an appellate officer to being their review.

If you have any questions, please let me know.

Thanks again,
Ro


**Rohsaan Settle** | He/ Him/ His | **Interim Director for Student Conduct**
Virginia Tech | New Hall West, Suite 141
190 West Campus Drive (0428) | Blacksburg, VA 24061
(540) 231-3790 | rsettle@vt.edu | https://studentconduct.vt.edu/
*Individualization | Arranger | Strategic | Relator | Significance*


---

**From:** <span style="background:black;color:white">John Doe</span>
**Sent:** Monday, June 10, 2024 5:09 PM
**To:** Settle, Rohsaan <rsettle@vt.edu>; Hartman, Kristina <kjhart06@vt.edu>
**Cc:** <span style="background:black;color:white">Doe's Counsel</span>
**Subject:** Re: Appeal

Mr. Settle: Would you please confirm that you received both my appellate form and the 40-page document that accompanied the form?  Also, please give the appellate officer the transcript of the Formal Hearing that I sent to you a few weeks ago.

Thank you,
<span style="background:black;color:white">John Doe</span>

On Mon, Jun 10, 2024 at 4:58 PM <span style="background:black;color:white">John Doe</span> wrote: