# EXHIBIT 43

| | |
|---|---|
| **From:** | "Settle, Rohsaan" <rsettle@vt.edu> |
| **Sent:** | Thursday, June 13, 2024 2:12 PM EDT |
| **To:** | "2024459902+vt@efc.maxient.com" <2024459902+vt@efc.maxient.com> |
| **Subject:** | FW: PP JD |

---

**From:** Settle, Rohsaan
**Sent:** Wednesday, June 12, 2024 1:54 PM
**To:** Pauline Poe, y >
**Cc:** Cherry-Clarke, Tamara <tcherryclarke@vt.edu>; Wickwire, Sarah <sarahwickwire@vt.edu>
**Subject:** RE: PP JD

Hi Pauline Poe
Thanks for the outreach.
Yes, the respondent appealed. Our Student Code of Conduct states, "When one party submits an appeal, the Office of Student Conduct will notify the other party and provide them with an opportunity to review the appeal and submit a written statement in response, which will be included in the appeal documentation."  You have until **9am on Monday, June 17th** to review the following documents and provide a written response, if you wish:

1. The original written appeal that he submitted [John Doe Appeal in Poe Case (Final)]
2. A revised version that he "redlined" to indicated the edits that he made [Corrected (Redline) J John Doe Appeal in Poe Case]
3. The Final version with the edits, not redlined [Corrected (Clean) John Doe Appeal in Poe Case]
4. A transcription of the hearing that a "professional court reporting service transcribe(d) (from) the audio recording into a transcript in a searchable PDF with a word index.

Please consult your advisor if you have questions about a written statement in response to the submitted appeal. If you have further questions after that, please let me know.

After 9am on Monday, June 17th I will send all of the materials to an Appellate Officer for them to begin their review.

I hope this helps. If you have additional questions, please let me know,
Ro

**Rohsaan Settle** | He/ Him/ His | **Interim Director for Student Conduct**
Virginia Tech | New Hall West, Suite 141
190 West Campus Drive (0428) | Blacksburg, VA 24061
(540) 231-3790 | rsettle@vt.edu | https://studentconduct.vt.edu/
*Individualization | Arranger | Strategic | Relator | Significance*

---

**From:** Pauline Poe
**Sent:** Tuesday, June 11, 2024 10:10 AM
**To:** Settle, Rohsaan <rsettle@vt.edu>
**Subject:** PP JD

Goodmorning! I know that yesterday was the deadline for the respondent to appeal the decision on our case, I was wondering if he did in fact appeal the decision or if you heard anything from him
Thanks!

Get Outlook for iOS

VT-000328