# EXHIBIT 45

# Appeal Index

## Case # 2024459902

| Responding Student | John Doe |
|---|---|
| Hearing Officers | Sarah Stayer & Ariana DiFillippo |
| Case Coordinator | Rohsaan Settle |

| Charge | Plea | Finding |
|---|---|---|
| Sexual Violence - Rape | Not Responsible | Responsible |
| Sexual Violence – Sexual Assault | Not Responsible | Responsible |
| Sexual Violence – Sexual Battery | Not Responsible | Not Responsible |
| Sexual Violence – Sexual Coercion | Not Responsible | Not Responsible |
| Abusive Conduct | Not Responsible | Responsible |
| Dating Violence | Not Responsible | Responsible |

| Outcomes: | Suspension (1-1-24 to 5-15-26), This I Believe Essay, Re-Enrollment Meeting |
|---|---|
| Priors: | N/A |

Read the case files in the EFC in this order (listed below)

1. GBV_Formal_Hearing_Notice_Respondent(Email)     Includes investigation report and charges

2. John Doe May 7 Supplemental Statement (05-07-24).pdf     Supplemental documentation from respondent

3. Oct. 11, 2023 Texts Between John Doe and Cadet SC .pdf     Supplemental documentation from respondent

4. OMalleyReport.pdf     Supplemental documentation from respondent

5. O'Malley CV 42024 .pdf     Supplemental documentation from respondent

VT-000366

6.  Collins Report.pdf | Supplemental documentation from respondent

7.  Collins CV April 2024.pdf | Supplemental documentation from respondent

8.  EPO Petition.pdf | Supplemental documentation from respondent

9.  Court File (Including PO Petition).pdf | Supplemental documentation from respondent

10. K. Turk Letter.pdf | Supplemental documentation from respondent

11. HUD Guidance Document on Assistance Animals.pdf | Supplemental documentation from respondent

12. [Jane Roe]05-08-24.jpg | Supplemental documentation from respondent

13. [Poe]487989 10_12_2023 Body - Photo 0010 (Enhance Contrast).jpeg | Supplemental documentation from complainant

14. Screenshot 2024-04-24 180857.jpeg | Supplemental documentation from complainant

15. OMalleyAddendumToReport.pdf | Supplemental documentation from respondent

16. blank_conduct_letter(Email) | Outcome

17. 240509_0907.mp3 | FH recording

18. [Pauline Poe]v [John Doe]Student Hearing Transcription 05-09-2024.mini.pdf | Submitted by respondent

19. Revised and Final [John Doe] Appeal in [Pau ne]Case.pdf | Respondent appeal

20. [Pau ne]appeal response .pdf | Complainant appeal/response