# EXHIBIT 52



**September 12, 2022**

President Joseph R. Biden, Jr.
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

The Honorable Miguel Cardona
Secretary of Education
U.S. Department of Education
400 Maryland Ave, SW
Washington, D.C. 20202

Dear President Biden and Secretary Cardona:

Every child should learn in a welcoming, engaging, and safe educational environment. Yet, your recently published 2022 Title IX Notice of Proposed Rulemaking denigrates and weakens Virginia's foundational principles – most notably freedom of speech and inquiry and zero-tolerance for discrimination – upon which the Commonwealth safeguards and serves all students.

*"On the Basis of Sex"*

*Title IX of the Education Amendments of 1972* was intended and has been understood to protect students from discrimination based on biological sex since its enactment. Your proposed regulation defines "discrimination on the basis of sex" as including discrimination on the basis of "sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity." Yet, the proposed regulations omit any reference to biological sex and, thus, deny biology is a part of what constitutes sex. The changes in your proposed regulation fail to protect our children on the playing field and in intimate places like dormitories, bathrooms, and locker room showers. It is inconsistent with the law itself, which allows for facilities separated by biological sex.

Your administration also has stated that this proposed regulation does not address sex and athletics, which your administration intends to address in a future rulemaking. However, your administration

applied your proposed definition of sex discrimination to athletics when it recently terminated the U.S. Department of Education Office for Civil Rights' investigation into the Connecticut Interscholastic Athletic Conference's failure to defend female track athletes. When sex is redefined in a Title IX proposed regulation, it of course applies to existing regulations on athletics. Virginia and America's teachers, parents, and students deserve a transparent, sincere rulemaking process as they work tirelessly to prepare the next generation of our leaders.

*Freedom of Speech and Inquiry*

The definition of "hostile environment harassment" in your proposed regulation will stymie freedom of speech and inquiry – the cornerstone of our democratic republic – in the classrooms and campuses where students are learning to be citizens. For example, under your regulatory interpretation, students protesting abortion on campus could become guilty of "hostile environment harassment" against all women. Likewise, an LGBT+ student group could be forced to allow non-LGBT+ individuals to join and even lead such a group.

To realign with Supreme Court precedent in *Davis v. Monroe County Board of Education* and ensure students' First Amendment rights are protected, I urge you to return to the 2020 Title IX Rule, which defines "hostile environment harassment" to mean "unwelcome conduct" on the basis of sex "determined by a reasonable person to be so severe, pervasive, and objectively offensive that it effectively denies a person equal access to the recipient's education program or activity." We must reject efforts to teach students *what* to think, and, instead, recommit to teaching them *how* to think through the exploration of diverse ideas.

*Due Process*

Functionally eliminating due process, your proposed regulation creates kangaroo courts in which "single investigators" serve as the investigator and decision-maker. What's more, your proposed regulation allows colleges and universities to forfeit the accused's right to a live hearing and cross-examination conducted by the accused's advisor. In the American legal system, cross-examination is "beyond any doubt the greatest legal engine ever invented for the discovery of truth." Making the prosecutor the jury and the judge denies the accused the ability to defend themselves and is fundamentally incompatible with a free and fair society.

*Victim Autonomy at Colleges and Universities*

And, finally, your proposed regulation diminishes victims' autonomy and ability to control the circumstances of a Title IX complaint. To avoid unintentionally triggering a process the victim may or may not want to initiate, victims must search to find one of the few confidential employees at their college or university to discuss their options. Protecting and empowering victims is a fundamental goal of any justice system, including Title IX sexual misconduct inquiries. These paternalistic proposed regulations threaten that goal.

Every person has a right to reach his or her full potential in education programs or activities, including athletics. Our job as public servants is to equip students with the knowledge and skills to lead fulfilling and productive lives, while ensuring every student is welcomed, engaged, and

free from discrimination. I urge you to rejoin me in that effort by addressing the purpose of Title IX to end discrimination on the basis of biological sex.

In shared service of our parents and students,

Sincerely,

Aimee Rogstad Guidera
Secretary of Education
Commonwealth of Virginia

JD-000191