IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 7:25-cv-00846-TTC |
| | ) |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE OF SEALED DOCUMENTS**

I certify that on June 25, 2026, a copy of the following sealed documents to

Plaintiff's First Amended Complaint (Doc. 92-2) were sent by overnight mail to the

Clerk of the Court, arriving June 26, 2026:

    a.  Exhibit 9, Title IX Investigation Report;

    b.  Exhibit 16, Transcript of First Title IX Hearing;

    c.  Exhibit 17, Formal Hearing Outcome I;

    d.  Exhibit 22, Transcript of Second Title IX Hearing;

    e.  Exhibit 23, Formal Hearing Outcome II;

    f.  Exhibit 32, Student Conduct Investigation Report;

    g.  Exhibit 33, Addendum I to Investigation Report;

    h.  Exhibit 34, Addendum II to Investigation Report;

    i.  Exhibit 38, Transcript of Student Conduct Hearing; and

    j.  Exhibit 40, Formal Hearing Outcome.

The foregoing was also uploaded to the Box link received by the Clerk on June 29, 2026.

I also certify that on June 11, 2026, a copy of the foregoing sealed documents to Plaintiff's First Amended Complaint were sent by overnight mail to the following counsel, arriving on June 12, 2026:

Nathan H. Schnetzler
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
Roanoke, Virginia 24006-1240

Kay Heidbreder
M. Hudson McClanahan
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, Virginia 24061

Dated: June 29, 2026
/s/ Parker Bowman
Parker Bowman, VSB No. 100389

*Counsel for Plaintiff John Doe*

2