UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

JOHN DOE,

     Plaintiff,

v.

VIRGINIA POLYTECHNIC INSTITUTE
AND STATE UNIVERSITY, et al.,

     Defendants.

Case No. 7:25-cv-00846-TTC/CKM

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 6(i), Plaintiff John Doe respectfully requests for the withdrawal of appearance of Parker Bowman as counsel.

Good cause exists for this withdrawal as undersigned counsel is leaving Binnall Law Group as of July 10, 2026. Plaintiff will continue to be represented by Lindsay McKasson of the Binnall Law Group, and James Fraser, admitted as *pro hac vice*.

WHEREFORE, Plaintiff Doe asks this Court to grant Mr. Bowman's withdrawal as counsel in this matter.

Dated: July 8, 2026

Respectfully submitted,

*/s/ Parker Bowman*
Parker Bowman (VSB No. 100389)
parker@binnall.com

2

Lindsay R. McKasson
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
lindsay@binnall.com

James Fraser (admitted pro hac vice)
P.O. Box 3092
Annapolis, Maryland 21403
Tel: 443-254-5115
jcfraser70@outlook.com

*Counsel for Plaintiff John Doe*

2

## CERTIFICATE OF SERVICE

I certify that on July 8, 2026, a copy of the foregoing was filed with the Clerk

of the Court using the Court's CM/ECF system, which will send a copy to all counsel

of record.

*/s/ Parker Bowman*
Parker Bowman (VSB No. 100389)

*Counsel for Plaintiff*
