UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

JOHN DOE,

     Plaintiff,

v.

VIRGINIA POLYTECHNIC INSTITUTE
AND STATE UNIVERSITY, et al.,

     Defendants.

Case No. 7:25-cv-00846-TTC/CKM

## [PROPOSED] ORDER ON MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR PLAINTIFF

Upon consideration of Plaintiff Does' motion to withdraw the appearance of Parker Bowman, and because Plaintiff Doe will continue to be represented by Lindsay McKasson with the Binnall Law Group, and James Fraser, admitted as *pro hac vice*, the Court finds good cause to grant Mr. Bowman's withdrawal from this matter; it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED.** The clerk is directed to remove Parker Bowman as counsel of record for the Plaintiff.

It is so **ORDERED.**

Dated: _____

_____
Hon. C. Kailani Memmer
United States Magistrate Judge