**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al.,<br><br>Defendants. | X:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Case No. 7:25-cv-00846-TTC/CKM |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's orders (Docs. 95 & 102 (Memmer, M.J.)), Plaintiff and Defendants file this Joint Stipulation of Dismissal with Prejudice and state as follows:

1. On April 30, 2026, the Court (Cullen, J.) referred this action to Magistrate Judge Memmer for mediation. (Doc. 75).

2. On June 17, 2026, Magistrate Judge Memmer reported that "the parties resolved this matter upon mutually agreeable terms" and ordered the parties "to submit a joint stipulation of dismissal with prejudice to the Presiding Judge no later than July 17, 2026." (Doc. 95).

3. On July 21, 2026, Magistrate Judge Memmer extended the deadline to submit a joint stipulation of dismissal to August 17, 2026. (Doc. 102).

WHEREFORE, Plaintiff and Defendants stipulate to the dismissal of this action with prejudice, with each party to bear their own costs and attorney fees.

August 14, 2026

/s/ *Lindsay R. McKasson*
Lindsay R. McKasson (SB No. 96074)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
lindsay@binnall.com

James Fraser (admitted pro hac vice)
P.O. Box 3092
Annapolis, MD 21403
Tel. 443-254-5115
jcfraser70@outlook.com

Counsel for Plaintiff John Doe

/s/ *Nathan H. Schnetzler*
Nathan H. Schnetzler (VSB No. 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: (540) 772-4600
Fax: (540) 772-9167
nschnetzler@faplawfirm.com

Kay Heidbreder (VSB No. 22288)
University Legal Counsel and Senior
Assistant Attorney General
heidbred@vt.edu
M. Hudson McClanahan (VSB No. 46363)
hud3@vt.edu
Associate University Legal Counsel and
Special Assistant Attorney General
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA 24061
Tel: (540) 231-6293
Fax: (540) 231-6474

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

/s/ *Lindsay R. McKasson*
Lindsay R. McKasson